ORIGINAL

1 **FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
2 SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
3 FACSIMILE: 415.434.4507

4 Eileen R. Ridley CA Bar No. 151735
    eridley@foley.com

5 ATTORNEYS FOR DEFENDANT SONY CORPORATION

Filed

SEP 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

HRL

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION, <br><br> PLAINTIFF, <br><br> VS. <br><br> SONY CORPORATION, A JAPANESE CORPORATION, <br><br> DEFENDANT. | CASE NO.: CV11-04399 <br><br> **DEFENDANT SONY CORPORATION'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** <br><br> [DECLARATION OF AARON MOORE FILED CONCURRENTLY HEREWITH] <br><br> [PROPOSED ORDER FILED CONCURRENTLY HEREWITH] <br><br> Judge: <br> Date Complaint Filed: May 26, 2011 |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

ADMINISTRATIVE MOTION TO FILE RECORDS UNDER SEAL
CASE NO._____

SFCA_1854357.1

# PROOF OF SERVICE

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **555 California Street, Suite 1700, San Francisco, CA 94104-1520**.

On **September 1, 2011**, I served the foregoing document(s) described as: **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5; DECLARATION OF AARON MOORE; (PROPOSED) ORDER** on the interested parties in this action as follows:

__X__    BY THE FOLLOWING MEANS:
I placed an original enclosed in sealed envelope(s) addressed as follows:

*Attorneys for Tessera, Inc.

Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Fax: (310) 203-7199
E-Mail: mchu@irell.com

__X__    BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**)

__X__    I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express: collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at **San Francisco, California**, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

__X__    Executed on **September 1, 2011**, at **San Francisco, California**.

__X__    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Teresa Schuman_ (signature)
Teresa Schuman

2
ADMINISTRATIVE MOTION TO FILE RECORDS UNDER SEAL
CASE NO. ____

SFCA_1854357.1