ORIGINAL

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

Eileen R. Ridley CA Bar No. 151735
eridley@foley.com

ATTORNEYS FOR DEFENDANT SONY CORPORATION

RECEIVED
SEP 1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION, <br><br> PLAINTIFF, <br><br> VS. <br><br> SONY CORPORATION, A JAPANESE CORPORATION, <br><br> DEFENDANT. | CASE NO: <br> CV11-04399 HRL <br><br> [PROPOSED] ORDER GRANTING DEFENDANT SONY CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATED TO ITS NOTICE OF REMOVAL <br><br> Case Filed: May 25, 2011 |

///
///
///
///
///
///
///

(PROPOSED) ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO._____

SFCA_1854360.1

1     Pursuant to Civil L.R. 79-5, the Court hereby GRANTS Sony's Administrative Motion to File Documents Under Seal Related to its Notice of Removal.

    1.     Sony shall file the unredacted version of its Notice of Removal under seal.

    2.     Sony shall file Exhibits C, D, and E to the Declaration of Aaron A. Moore in Support of Sony's Notice of Removal Under Seal.

    2.     Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

Dated: _____, 2011      _____
                                                                                              JUDGE OF THE U.S. DISTRICT COURT