UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Tessera, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Sony Corporation, a Japanese corporation,<br><br>    Defendant.<br>_____/ | No. C11-04399<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 8, 2011 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: September 12, 2011

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

4 Benjamin W. Hattenbach     bhattenbach@irell.com

5 Brian David Ledahl     bledahl@irell.com

6 Eileen Regina Ridley     eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

7 Melissa R McCormick     mmccormick@irell.com

8 Morgan Chu     mchu@irell.com