**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

September 15, 2011

**CASE NUMBER:  CV 11-04399 HRL**
**CASE TITLE:  TESSERA, INC.-v-SONY CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case reassigned to the Honorable Edward J. Davila** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EJD** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 9/12/2011

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 9/15/2011 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA