IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:CV 11-04399-EJD |
| Plaintiff(s), | **ORDER DENYING DEFENDANT SONY CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | [Re: Docket Item Nos. 3-5] |

Presently before the court is Defendant Sony Corporation's ("Defendant") Administrative Motion to File Documents Under Seal. See Docket Item No. 3. Pursuant to Civil L.R. 79-5, "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law." The Declaration of Aaron Moore in Support of Defendant's Administrative Motion to Seal does not establish any of these elements. Accordingly, the court DENIES Defendant's Administrative Motion to Seal.

Should Defendant seek to re-file an Administrative Motion to Seal related to its Notice of Removal, the court directs Defendant to comply with Civil L.R. 79-5, including submission of a declaration establishing that the document or portions thereof is sealable, and a proposed order that articulates specific reasons supporting the decision to seal. See Civil L.R. 79-5; Apple Inc. v. Psystar Corp., --- F.3d ----, 2011 WL 4470623, at *11-12 (9th Cir. 2011) (reversing District Court order that without explanation sealed court documents).

///

Defendant also is directed to comply with General Order No. 45 regarding electronic filing. <u>See</u> General Order No. 45, Section VI. - Electronic Filing. - B. Format.

**IT IS SO ORDERED.**

Dated: October 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　
EDWARD J. DAVILA
United States District Judge