**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

Eileen R. Ridley CA Bar No. 151735
  eridley@foley.com

ATTORNEYS FOR DEFENDANT SONY CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION. | CASE NO: 5:CV-11-04399-EJD |
| PLAINTIFF, | |
| VS. | [[PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |
| SONY CORPORATION, A JAPANESE CORPORATION, | |
| DEFENDANT. | Case Filed: May 25, 2011<br>Judge: Hon. Edward J. Davila |

///
///
///
///
///
///
///

Upon consideration of Sony Corporation's ("Sony") Renewed Administrative Motion for Leave to File Documents Under Seal, and the supporting Declaration of Aaron W. Moore, filed therewith, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Sony's request to file documents under seal and further finds that:

1. The unredacted version of Sony's Notice of Removal contains references to detailed confidential letters and agreements between Tessera, Inc. ("Tessera") and Sony, and accordingly contains confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the redacted portions of Sony's Notice of Removal are not sealed. The proposed sealing is narrowly tailored because Sony seeks only to seal the redacted portions which comprise less than 10 lines of Sony's Notice of Removal. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially valuable information is to seal Sony's Notice of Removal, no less restrictive means exist to achieve Sony's overriding interest in the protection of its confidential and commercially valuable information.

2. Sony shall file the unredacted version of Sony's Notice of Removal under seal.

3. Exhibit C to the Declaration of Aaron Moore in Support of Sony's Notice of Removal, which is a confidential letter from Tessera to Sony, contains a confidential amount of money which Tessera has confidentially asserted is owed by Sony and thus contains confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the redacted portions of Exhibit C are not sealed. The proposed sealing is narrowly tailored because Sony seeks only to seal the redacted confidential amounts of money. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially valuable information is to seal Exhibit C to protect against disclosure, no less restrictive means exist to achieve Sony's overriding interest in the protection of its confidential

and commercially valuable information.

4. Sony shall file Exhibit C to the Declaration of Aaron Moore in Support of Sony's Notice of Removal under seal.

5. Exhibit D to the Declaration of Aaron Moore in Support of Sony's Notice of Removal, which is a confidential license agreement between Tessera and Sony, contains confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if Exhibit D is not sealed. The proposed sealing is narrowly tailored because the entirety of Exhibit D, as a license agreement, contains confidential information in regards to Sony's licensing agreements, licensing revenue and expenses, business practices, and negotiation practices. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially valuable information is to seal Exhibit D to protect against disclosure, no less restrictive means exist to achieve Sony's overriding interest in the protection of its confidential and commercially valuable information.

6. Sony shall file Exhibit D to the Declaration of Aaron Moore in Support of Sony's Notice of Removal under seal.

7. Exhibit E to the Declaration of Aaron Moore in Support of Sony's Notice of Removal, which is a confidential license agreement between Tessera and Sony, contains confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if Exhibit E is not sealed. The proposed sealing is narrowly tailored because the entirety of Exhibit E, as a license agreement, contains confidential information in regards to Sony's licensing agreements, licensing revenues and expenses, business practices, and negotiation practices. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially valuable information is to seal Exhibit E to protect against disclosure, no less restrictive means exist to achieve Sony's

(PROPOSED) ORDER GRANTING (RENEWED) MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:-CV-11-04399-EJD

4813-3334-2475.1

1  overriding interest in the protection of its confidential and commercially valuable information.

2        8.    Sony shall file Exhibit E to the Declaration of Aaron Moore in Support of Sony's
3  Notice of Removal under seal.

4        9.    Documents filed under seal shall remain sealed unless and until this Court orders
5  otherwise.

6      IT IS SO ORDERED that Sony's Renewed Administrative Motion for Leave to File
7  Documents Under Seal is GRANTED. Any member of the public has the right to challenge the
8  sealing of a particular document subject to this Order.

11  Dated: _____           _____
                                         HON. EDWARD J. DAVILA