IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

v.

SONY CORPORATION

    Defendant.

CASE NO. 5-11-CV-04399 EJD

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Aaron W. Moore, whose business address and telephone number is

Foley & Lardner LLP
111 Huntington Avenue, Boston, MA 02199-7610
(617) 342-4000

and who is an active member in good standing of the bar of Massachusetts

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing SONY CORPORATION

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 31, 2011



Edward J. Davila
United States District Judge