1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
   Melissa R. McCormick (180384) (mmccormick@irell.com)
3  Nathan Lowenstein (241067) (nlowenstein@irell.com)
4  Richard W. Krebs (278701) (rkrebs@irell.com)
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
6  Facsimile: (310) 203-7199

7  *Attorneys for Plaintiff Tessera, Inc.*

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13 TESSERA, INC.,                     )  Case No. 5:11-CV-04399-EJD (HRL)
                                      )
14         Plaintiff,                 )  PLAINTIFF TESSERA, INC.'S
                                      )  CERTIFICATE OF INTERESTED
15     v.                             )  ENTITIES OR PERSONS
                                      )
16 SONY CORPORATION,                  )  (Civil L.R. 3.16)
                                      )
17         Defendant.                 )
                                      )

PLAINTIFF TESSERA, INC.'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 5:11-CV-04399-EJD (HRL)
2554968

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(A) Plaintiff Tessera, Inc. is a wholly-owned subsidiary of corporate parent Tessera Technologies, Inc.; and

(B) Tessera Technologies, Inc. is the parent corporation of and wholly owns Plaintiff Tessera, Inc.

Dated: January 10, 2012

IRELL & MANELLA LLP
Morgan Chu
Benjamin W. Hattenbach
Melissa R. McCormick
Nathan Lowenstein
Richard W. Krebs

By: /s/ Nathan Lowenstein
Nathan Lowenstein
*Attorneys for Plaintiff Tessera, Inc.*