1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
   Melissa R. McCormick (180384) (mmccormick@irell.com)
3  Nathan Lowenstein (241067) (nlowenstein@irell.com)
   Richard W. Krebs (278701) (rkrebs@irell.com)
4  1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
6  Facsimile:  (310) 203-7199

7  *Attorneys for Plaintiff Tessera, Inc.*

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  TESSERA, INC.,                ) Case No. 5:11-CV-04399-EJD (HRL)
                                  )
14          Plaintiff,            ) PLAINTIFF TESSERA, INC.'S RULE 7.1
                                  ) DISCLOSURE STATEMENT
15      v.                        )
                                  )
16  SONY CORPORATION,             )
                                  )
17          Defendant.            )
    _____)

18

19

20

21

22

23

24

25

26

27

28

1    The nongovernmental corporate party Tessera, Inc. is a wholly-owned subsidiary of

2 Tessera Technologies, Inc., a company incorporated under the laws of Delaware.  There is no

3 other parent corporation and/or publicly held corporation that owns 10% or more of the stock of

4 Tessera, Inc.

5

6 Dated:  January 10, 2012                          IRELL & MANELLA LLP
                                                    Morgan Chu
7                                                   Benjamin W. Hattenbach
                                                    Melissa R. McCormick
8                                                   Nathan Lowenstein
                                                    Richard W. Krebs
9

10                                                  By:    /s/ Nathan Lowenstein
                                                           Nathan Lowenstein
11                                                         *Attorneys for Plaintiff Tessera, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28