IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Nathan Lowenstein (241067) (nlowenstein@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> PROOF OF SERVICE OF STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My current business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On January 10, 2012, I served the foregoing document described as: **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES** on the interested parties in this action as follows:

> Eileen R. Ridley
> Foley & Lardner LLP
> 555 California Street
> 17th Floor
> San Francisco, California 94104

I placed a true and correct copy of the foregoing document in a sealed envelope addressed to each interested party as stated above. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on the same day in the ordinary course of business.

Executed on January 10, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Maryann E. Wagner_____        _/s/ Maryann E Wagner_
(Type of print name)                                    (Signature)