IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Nathan Lowenstein (241067) (nlowenstein@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | NOTICE OF APPEARANCE OF RICHARD W. KREBS |
| v. | |
| SONY CORPORATION, | |
| Defendant. | |

NOTICE OF APPEARANCE OF RICHARD W. KREBS
CASE NO. 5:11-CV-04399-EJD (HRL)
2561127

1  Pursuant to General Order 45 at ¶ IV(C)(1), notice is hereby given of the appearance of
2  Mr. Richard W. Krebs as counsel for Defendant Tessera, Inc. in the above-captioned matter. Mr.
3  Krebs's contact information is below:

4          Richard W. Krebs (278701)
        Irell & Manella LLP
5          1800 Avenue of the Stars, Suite 900
        Los Angeles, California 90067-4276
6          Telephone: (310) 277-1010
7          Facsimile: (310) 203-7199
        Email: rkrebs@irell.com
8

9  Please serve copies of all notices and documents issued by the Court and filed by the
10 parties upon Mr. Krebs.
11
12 Dated: January 24, 2012         IRELL & MANELLA LLP
13                               By: /s/ Richard W. Krebs
14                                   Richard W. Krebs
15                               Attorneys for Plaintiff Tessera, Inc.
16
17
18
19
20
21
22
23
24
25
26
27
28