RECEIVED

FEB 02 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.

    Plaintiff,

v.

SONY CORPORATION

    Defendant.

CASE NO. 5:11-cv-04399 EJD

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Ruben J. Rodrigues, whose business address and telephone number is

FOLEY & LARDNER LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654

and who is an active member in good standing of the bar of Illinois and Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing SONY CORPORATION

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 7, 2012



United States District Judge