IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399-EJD |
| Plaintiff(s), | **ORDER SETTING DEADLINE TO FILE JOINT STATUS STATEMENT OR REFERRAL TO PRIVATE ADR** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | |

Based on the ADR's recommendation, on or before **June 4, 2012**, the parties shall file a joint status report regarding their settlement efforts or file a request for referral to Private ADR.

**IT IS SO ORDERED.**

Dated: April 5, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04399-EJD
ORDER SETTING DEADLINE TO FILE JOINT STATUS STATEMENT OR REFERRAL TO PRIVATE ADR