GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
Nathan N. Lowenstein (SBN 241067)
lowenstein@glwllp.com
1925 Century Park East, Suite 2120
Los Angeles, California 90067-2722
Telephone: (310) 203-9222
Facsimile: (425) 962-1432

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 11-04399-EJD (HRL) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER REGARDING WITHDRAWAL OF NATHAN LOWENSTEIN |
| SONY CORPORATION | |
| Defendant | |
| AND RELATED COUNTERCLAIMS | |

1  Having considered the request of Plaintiff Tessera, Inc. to allow Nathan Lowenstein to
2  withdraw as counsel of record for Tessera, Inc. in the above captioned matter
3  IT IS HEREBY ORDERED THAT:
4  (1) Tessera Inc.'s request is GRANTED;
5  (2) Nathan Lowenstein is relieved as counsel of record for Tessera, Inc. in the above
6  captioned matter.

Dated: ____April 26____, 2012

_____
The Honorable Edward Davila