IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*


FOLEY & LARDNER LLP
Eileen R. Ridley (151735) (eridley@foley.com)
555 California Street, Suite 1700
San Francisco, California 94104-1520
Telephone: (415) 438-6469

Matthew B. Lowrie (*Pro Hac Vice*) (mlowrie@foley.com)
Aaron W. Moore (*Pro Hac Vice*) (amoore@foley.com)
111 Huntington Ave, Suite 2600
Boston, Massachusetts 02199-7610
Telephone: (617) 342-4000

*Attorneys for Defendant Sony Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | JOINT STATUS REPORT REGARDING SETTLEMENT |
| v. | |
| SONY CORPORATION, | |
| Defendant. | |

2653079

JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS
CASE NO. 5:11-CV-04399-EJD (HRL)

1  Pursuant to the Court's April 5, 2012 Order Setting Deadline To File Joint Status Report Or Referral To Private ADR, Plaintiff Tessera, Inc. and Defendant Sony Corporation (the "Parties") hereby submit this Joint Status Report:

The Parties are participating in direct discussions regarding the possibility of settlement, and agree that a referral to Private ADR would not be beneficial at this juncture. The Parties will continue to apprise the Court of any changes in circumstances relating to settlement discussions.

Respectfully submitted,

**IRELL & MANELLA LLP**

Dated: June 4, 2012

By:  /s/ Richard W. Krebs
Richard W. Krebs
*Attorneys for Plaintiff Tessera, Inc.*

**FOLEY & LARDNER LLP**

Dated: June 4, 2012

By::  /s/ Aaron Moore
Aaron Moore
*Attorneys for Defendant Sony Corporation*

2653079

- 1 -

JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS
CASE NO. 5:11-CV-04399-EJD (HRL)