1   IRELL & MANELLA LLP
    Morgan Chu (70446)
2   Benjamin W. Hattenbach (186455)
    Melissa R. McCormick (180384)
3   Richard Krebs (278701)
    Morgan Chu (70446)
4   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
5   Telephone:   (310) 277-1010
    Facsimile:    (310) 203-7199
6
    Attorneys for Plaintiff
7   Tessera, Inc.

8                           UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   TESSERA, INC.,                     )   Case No. 5:11-CV-04399-EJD (HRL)
                                        )
12              Plaintiff,              )   ORDER TO TAKE DEPOSITIONS IN
                                        )   OSAKA, JAPAN
13         vs.                          )
                                        )
14   SONY CORPORATION ,                 )
                                        )
15              Defendant.              )
     _____)
16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

2656607

ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN
CASE NO. 5:11-CV-04399-EJD (HRL)

**DEPOSITION ORDER**

**TO:**   Any Consul or Vice Consul of the United States of America

Consulate General of the United States of America, Osaka-Kobe, Japan

11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-8543

Upon application by Plaintiff Tessera, Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is hereby

ORDERED that the deposition on notice of the following individual and entity be taken at the U.S. Embassy in Osaka, Japan, commencing on or about July 9, 2012, and continuing until on or about July 13, 2012, and that the marking of any documentary exhibits in connection therewith be permitted:

**Etsujiro Katsushima**
**Sony Corporation**
(1-7-1 Konan, Minato-ku
Tokyo 108-0075, Japan)

Listed below are the names of counsel who may participate in these depositions, together with other persons who may attend or assist with these depositions.

**For Tessera, Inc.**

Lisa Sharrock Glasser (Counsel)

Benjamin W. Hattenbach (Counsel)

Melissa R. McCormick (Counsel)

Melissa Rabbani (Counsel)

J. Power Hely, VI (Counsel)

Richard W. Krebs (Counsel)

Jeanne Bullis (Court Reporter)

Helen Laverty (Court Reporter)

Paul Diserio (Videographer)

Paul Michael Goldberg (Videographer)

Dean Harrington (Videographer)

1  Christopher Field (Interpreter)

2  Akiko Hirashima (Interpreter)

3  Mari Oki (Interpreter)

4  Shizuyo Isaacson (Interpreter)

5  Hiromi Yoshikawa (Interpreter)

6  Naoko Selland (Interpreter)

7  Masa Toiya (Interpreter)

8  **For Sony Corporation**

9  Aaron Moore (Counsel)

10  Eileen Ridley (Counsel)

11  Matthew Lowrie (Counsel)

12  Ruben Rodriguez (Counsel)

13  Interpreter (name to be provided at a later date)

14  Please cause the testimony of said witnesses to be recorded by video and reduced to

15  writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to

16  your Commission and closed under your seal; and make return of these materials to this Court

17  with all convenient speed.

18  WITNESS, the Honorable _____, United States Judge of the

19  United States District Court for the Northern District of California, this _____ day of

20  _____, 2012.

21  _____

22  United States Judge

23  United States District Court

24  Northern District of California

25  280 South 1st Street

26  San Jose, California 95113

27  United States of America

28

1  I hereby certify that the signature above is that of the Honorable _____

2  United States Judge of the United States District Court for the Northern District of California.

3

4  _____ Clerk of the Court

5  _____ Date

6

7  Deputy Clerk: _____

8  Seal:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28