1 IRELL & MANELLA LLP
Morgan Chu (70446)
2 Benjamin W. Hattenbach (186455)
Melissa R. McCormick (180384)
3 Richard Krebs (278701)
Morgan Chu (70446)
4 1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
5 Telephone: (310) 277-1010
Facsimile: (310) 203-7199
6
Attorneys for Plaintiff
7 Tessera, Inc.

\*\* E-filed June 18, 2012 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN |
| vs. | |
| SONY CORPORATION, | |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2656607

ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN
CASE NO. 5:11-CV-04399-EJD (HRL)

| | |
|---|---|
| 1 | **DEPOSITION ORDER** |
| 2 | <u>**TO:**</u>  Any Consul or Vice Consul of the United States of America |
| 3 | Consulate General of the United States of America, Osaka-Kobe, Japan |
| 4 | 11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-8543 |

Upon application by Plaintiff Tessera, Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is hereby

ORDERED that the deposition on notice of the following individual and entity be taken at the U.S. Embassy in Osaka, Japan, commencing on or about July 9, 2012, and continuing until on or about July 13, 2012, and that the marking of any documentary exhibits in connection therewith be permitted:

**Etsujiro Katsushima**
**Sony Corporation**
(1-7-1 Konan, Minato-ku
Tokyo 108-0075, Japan)

Listed below are the names of counsel who may participate in these depositions, together with other persons who may attend or assist with these depositions.

**For Tessera, Inc.**

Lisa Sharrock Glasser (Counsel)

Benjamin W. Hattenbach (Counsel)

Melissa R. McCormick (Counsel)

Melissa Rabbani (Counsel)

J. Power Hely, VI (Counsel)

Richard W. Krebs (Counsel)

Jeanne Bullis (Court Reporter)

Helen Laverty (Court Reporter)

Paul Diserio (Videographer)

Paul Michael Goldberg (Videographer)

Dean Harrington (Videographer)

| | |
|---|---|
| 1 | Christopher Field (Interpreter) |
| 2 | Akiko Hirashima (Interpreter) |
| 3 | Mari Oki (Interpreter) |
| 4 | Shizuyo Isaacson (Interpreter) |
| 5 | Hiromi Yoshikawa (Interpreter) |
| 6 | Naoko Selland (Interpreter) |
| 7 | Masa Toiya (Interpreter) |
| 8 | **For Sony Corporation** |
| 9 | Aaron Moore (Counsel) |
| 10 | Eileen Ridley (Counsel) |
| 11 | Matthew Lowrie (Counsel) |
| 12 | Ruben Rodriguez (Counsel) |
| 13 | Interpreter (name to be provided at a later date) |

14 Please cause the testimony of said witnesses to be recorded by video and reduced to
15 writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to
16 your Commission and closed under your seal; and make return of these materials to this Court
17 with all convenient speed.

18 WITNESS, the Honorable __Howard R. Lloyd_____, United States Judge of the
19 United States District Court for the Northern District of California, this __18th__ day of
20 __June_____, 2012.

21
22 United States Judge  Magistrate Judge Howard R. Lloyd
23 United States District Court
24 Northern District of California
25 280 South 1st Street
26 San Jose, California 95113
27 United States of America
28

1 | I hereby certify that the signature above is that of the Honorable <u>Magistrate Judge Howard R. Lloyd</u>
2 | United States Judge of the United States District Court for the Northern District of California.
3
4 | _____ Clerk of the Court
5 | _____ Date
6
7 | Deputy Clerk: _____
8 | Seal: