**\*\* E-filed June 28, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br> v. <br> SONY, CORP., <br><br> Defendant. | No. C11-04399 EJD (HRL) <br><br> **ORDER ON DEFENDANT SONY'S MOTION TO SHORTEN TIME ON ITS MOTION FOR A PROTECTIVE ORDER** <br><br> **[Re: Docket No. 43]** |

On June 26, 2012, Sony Corp. ("Sony") filed a Motion for a Protective Order to limit depositions scheduled to take place beginning July 9, 2012 in Osaka, Japan. Dkt. Nos. 44, 45. The motion is currently set for hearing on July 31, 2012. Dkt. No. 45. Sony simultaneously filed a Motion to shorten time on the motion for a protective order, requesting an extremely accelerated briefing schedule and a hearing on July 3, 2012. Dkt. No. 43. As a preliminary matter, the court notes that Sony has failed to comply with the undersigned's Standing Order re: Civil Discovery Disputes. The Standing Order requires parties to resolve *all* discovery disputes by first having lead counsel for the parties meet and confer in person, and, if such conference fails to resolve the issue, filing a Joint Discovery Dispute Joint Report in which each party proposes its resolution and the legal authority supporting its proposal. Normally, this court will not hear any noticed discovery motion, and will instead order the parties to comply with the undersigned's Standing Order. However, in light of the pressing nature of this dispute, and the fact that Sony has left extremely

little time for its resolution, it appears that the court must hear the motion in as expeditious a fashion as possible. Accordingly, the court ORDERS the following:

All parties shall comply with the undersigned's Standing Order re: Civil Discovery Disputes for *any and all* future discovery disputes. It is the responsibility of the parties not to let disputes go unresolved until the last possible moment.

The motion for a protective order is deemed suitable for determination without oral argument. See Civil L.R. 7-1(b). Accordingly, the July 31, 2012 hearing is VACATED. In addition, Sony's request for a hearing to take place on July 3, 2012 is DENIED.

The following expedited briefing schedule shall apply: Tessera shall file its opposition brief no later than July 3, 2012. Sony shall file any reply no later than July 5, 2012. The court will issue a written order.

**IT IS SO ORDERED.**

Dated: June 28, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04399 EJD (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Melissa McCormick | mmccormick@irell.com |
| Benjamin Hattenbach | bhattenbach@irell.com |
| Brian Ledahl | bledahl@irell.com |
| Morgan Chu | mchu@irell.com |
| Nathan Lowenstein | nlowenstein@irell.com |
| Richard Krebs | rkrebs@irell.com |
| Eileen Ridley | eridley@foley.com |
| Aaron Moore | amoore@foley.com |
| Matthew Lowrie | mlowrie@foley.com |
| Ruben Rodrigues | rrodrigues@foley.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**