IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> DECLARATION OF RICHARD W. KREBS IN SUPPORT OF TESSERA, INC.'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE SONY'S UNAUTHORIZED BRIEF PURSUANT TO LOCAL RULE 7-11 <br><br> Judge: Howard L. Lloyd |

KREBS DECLARATION ISO TESSERA'S MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE SONY'S UNAUTHORIZED BRIEF
CASE NO. 5:11-CV-04399-EJD (HRL)

2693941

## **DECLARATION OF RICHARD W. KREBS**

I, Richard W. Krebs, declare as follows:

1. I am an attorney at Irell & Manella LLP and counsel of record for Tessera, Inc. ("Tessera") in this case. I am a member in good standing of the State Bar of California and of the Bar of this Court. I make this Declaration in support of Tessera's Notice Of Motion And Motion For Administrative Relief To Strike Sony's Unauthorized Brief Pursuant To Local Rule 7-11 ("Tessera's Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts under oath.

2. Pursuant to Local Rule 7-11(a), I attempted to obtain Sony's consent to the filing of Tessera's Motion and Tessera's requested relief. Sony did not stipulate.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of August, 2012, in Los Angeles, California.

By: /s/ Richard W. Krebs
Richard W. Krebs

2693941

- 1 -

KREBS DECLARATION ISO TESSERA'S MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE SONY'S UNAUTHORIZED BRIEF
CASE NO. 5:11-cv-04399-EJD (HRL)