| | |
|---|---|
| IRELL & MANELLA LLP | *E-filed: September 17, 2012* |
| Morgan Chu (70446) | |
| Benjamin W. Hattenbach (186455) | |
| Melissa R. McCormick (180384) | |
| Richard Krebs (278701) | |
| 1800 Avenue of the Stars, Suite 900 | |
| Los Angeles, California 90067-4276 | |
| Telephone: (310) 277-1010 | |
| Facsimile: (310) 203-7199 | |

Attorneys for Plaintiff
Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN |
| vs. | |
| SONY CORPORATION, | Magistrate Judge Howard R. Lloyd |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2691894

ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN
CASE NO. 5:11-CV-04399-EJD (HRL)

| | |
|---|---|
| 1 | **DEPOSITION ORDER** |
| 2 | **TO:** Any Consul or Vice Consul of the United States of America |
| 3 | Consulate General of the United States of America, Osaka-Kobe, Japan |
| 4 | 11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-8543 |
| 5 | |
| 6 | Upon application by Plaintiff Tessera, Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is hereby |
| 7 | |
| 8 | ORDERED that the deposition on notice of the following individuals and entity(ies) be |
| 9 | taken at the U.S. Embassy in Osaka, Japan, commencing on or about October 9, 2012, and |
| 10 | continuing until on or about October 19, 2012, and that the marking of any documentary exhibits |
| 11 | in connection therewith be permitted: |
| 12 | **Ryusuke Kawahara** |
| 13 | **Yukihiro Matsumura** |
| 14 | **Takako Suzuki** **Yoshiaki Shimura** |
| 15 | |
| 16 | |
| 17 | Listed below are the names of counsel who may participate in these depositions, together |
| 18 | with other persons who may attend or assist with these depositions: |
| 19 | **For Tessera, Inc.** |
| 20 | Lisa Sharrock Glasser (Counsel) |
| 21 | Benjamin W. Hattenbach (Counsel) |
| 22 | Melissa R. McCormick (Counsel) |
| 23 | Melissa Rabbani (Counsel) |
| 24 | J. Power Hely, VI (Counsel) |
| 25 | Richard W. Krebs (Counsel) |
| 26 | Brandon Marsh (Counsel) |
| 27 | Ian Washburn (Counsel) |
| 28 | Helen Laverty (Court Reporter) |

| | |
|---|---|
| 1 | Nancy Neilson Gill (Court Reporter) |
| 2 | Jennifer Buck (Court Reporter) |
| 3 | Jade Kira King (Court Reporter) |
| 4 | Lori Lynn Oxley (Court Reporter) |
| 5 | Paul Byron Diserio (Videographer) |
| 6 | Michael Paul Goldberg (Videographer) |
| 7 | Daniel Dean Harrington (Videographer) |
| 8 | Hajime Sato (Interpreter) |
| 9 | Mari Oki (Interpreter) |
| 10 | Shizuyo Isaacson (Interpreter) |
| 11 | Hiromi Yoshikawa (Interpreter) |
| 12 | Naoko Selland (Interpreter) |
| 13 | Masa Toiya (Interpreter) |
| 14 | **For Sony Corporation** |
| 15 | Aaron Moore (Counsel) |
| 16 | Eileen Ridley (Counsel) |
| 17 | Matthew Lowrie (Counsel) |
| 18 | Ruben Rodriguez (Counsel) |
| 19 | Minoru Akuhara (Interpreter) |
| 20 | Hironori Ikeda (Sony) |
| 21 | Yuka Nakagaki (Sony) |
| 22 | Yuichi Sekiguchi (Sony) |
| 23 | Peter Toto (Sony) |

24  Please cause the testimony of said witnesses to be recorded by video and reduced to
25 writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to
26 your Commission and closed under your seal; and make return of these materials to this Court
27 with all convenient speed.
28

1     WITNESS, the Honorable <u>Howard R. Lloyd</u>, United States Judge of the

2 United States District Court for the Northern District of California, this <u>18</u> day of

3 <u>September</u>, 2012.

4                                                      _____

5                                            United States Magistrate Judge Howard R. Lloyd

6                                            United States District Court

7                                            Northern District of California

8                                            280 South 1st Street

9                                            San Jose, California 95113

10                                           United States of America

11

12 I hereby certify that the signature above is that of the Honorable _____

13 United States Judge of the United States District Court for the Northern District of California.

14

15 _____ Clerk of the Court

16 _____ Date

17

18 Deputy Clerk: _____

19 Seal:

20

21

22

23

24

25

26

27

28