| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
| 2 | ATTORNEYS AT LAW<br>555 CALIFORNIA STREET, 17TH FLOOR |
| 3 | SAN FRANCISCO, CA 94104<br>TELEPHONE: 415.434.4484 |
| 4 | FACSIMILE: 415.434.4507<br>Eileen R. Ridley CA Bar No. 151735 |
| 5 | eridley@foley.com |
| 6 | **FOLEY & LARDNER LLP** |
| 7 | ATTORNEYS AT LAW<br>111 HUNTINGTON AVE., STE. 2600 |
| 8 | BOSTON, MA 02199-7610<br>TELEPHONE: 617.342.4000 |
| 9 | FACSIMILE: 617.342.4001<br>Matthew B. Lowrie *(Pro Hac Vice)* |
| 10 | mlowrie@foley.com<br>Aaron W. Moore *(Pro Hac Vice)* |
| 11 | amoore@foley.com |
| 12 | **FOLEY & LARDNER LLP** |
| 13 | ATTORNEYS AT LAW<br>321 NORTH CLARK ST., STE. 2800 |
| 14 | CHICAGO, ILL. 60654-5313<br>TELEPHONE: 312.832.4568 |
| 15 | FACSIMILE: 312.832.4700<br>Ruben J. Rodrigues *(Pro Hac Vice)* |
| 16 | rrodrigues@foley.com |
| 17 | ATTORNEYS FOR DEFENDANT SONY CORPORATION |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION. | ) CASE NO: 5:11-CV-04399-EJD (HRL) |
| PLAINTIFF, | ) |
| VS. | ) **DECLARATION OF TADASHI SAITO** |
| SONY CORPORATION, A JAPANESE CORPORATION, | ) |
| DEFENDANT. | ) |

1

CASE NO.5:CV 11-04399-EJD (HRL)             DECLARATION OF TADASHI SAITO

1. My name is Tadashi Saito. I am EVP and Chief Strategy Officer of Sony Corporation ("Sony"), and one of ten Corporate Executive Officers of Sony. Sony is Sony group's ultimate parent and includes Sony's Imaging Products & Solutions, Game, Mobile Products & Communications, Home Entertainment & Sound, and Devices segments.

2. In my capacity as EVP and Chief Strategy Officer, I have responsibility for corporate strategy for all of Sony. ███████████████████████████████████████████████████████████████████████████████████████████████████████

3. I previously served as President of Sony's Semiconductor Business Group. I understand that the audit conducted by Connor Group on behalf of Tessera occurred during my tenure as President of the Semiconductor Business Group. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

4. I had no personal involvement in the audit conducted by the Connor Group and do not believe that I have any knowledge concerning the audit beyond the fact that it took place.

5. I have not communicated or corresponded with Tessera or the Connor Group about the audit. Except for contacts concerning the request for my deposition, I have not communicated with anyone at Sony concerning the Connor Group audit.

6. I had no involvement in the negotiation of the Tessera License Agreement under which the audit was conducted, and I am not aware of any knowledge that I might have about the License Agreement beyond the fact that it existed.

7. I have no personal knowledge about the structure of individual IC packages that might be covered by the Tessera License Agreement, and I have no information about whether any given IC package might be royalty bearing under the Tessera License Agreement or covered by any Tessera patent.

8. I have never been involved in determining whether Sony should pay royalties to Tessera for any IC package.

9. I am not aware of any other information I have that has any bearing on Tessera's claims for breach of the Tessera License Agreement.

I declare under the pains and penalties of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: September 20, 2012

Tadashi Saito