*E-filed: October 2, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | No. C11-04399 EJD (HRL) |
| Plaintiff, | **ORDER DENYING SONY CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SONY CORP., | **[Dkt. 66]** |
| Defendant. | |

Having considered Sony Corporation's motion to file portions of the Declaration of Tadashi Saito ("Declaration") under seal, and having reviewed the unredacted version of the Declaration, the Court does not find that any portion of the Declaration is privileged, protectable as a trade secret, or otherwise entitled to protection under the law. Sony's motion is unsupported by the protective order in place in this case or by the broad, conclusory assertions of the declaration in support of the motion to file under seal. Accordingly, Sony Corporation's motion is denied. Sony Corporation is directed to file an unredacted version of the Declaration within five days.

**IT IS SO ORDERED.**

Dated: October 1, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04399 EJD (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Melissa McCormick | mmccormick@irell.com |
| Benjamin Hattenbach | bhattenbach@irell.com |
| Brian Ledahl | bledahl@irell.com |
| Morgan Chu | mchu@irell.com |
| Nathan Lowenstein | nlowenstein@irell.com |
| Richard Krebs | rkrebs@irell.com |
| Eileen Ridley | eridley@foley.com |
| Aaron Moore | amoore@foley.com |
| Matthew Lowrie | mlowrie@foley.com |
| Ruben Rodrigues | rrodrigues@foley.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**