*E-filed: October 2, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | No. C11-04399 EJD (HRL) |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SONY CORP., | |
| | **[Dkts. 54, 56, 68, 70]** |
| Defendant. | |

Before the Court are four motions for administrative relief to file documents under seal (Dkts. 54, 56, 68, 70). Having considered the requests of both Tessera, Inc. ("Tessera") and Sony Corp. ("Sony"), and the documents themselves, the Court finds that the select portions of the submissions identified by the parties as protectable, are indeed protectable. Accordingly, the Court grants the parties' requests and hereby orders that the following documents shall be filed under seal:

(1) Second Discovery Letter Brief filed by Tessera (Dkt. 55);

(2) Second Discovery Letter Brief filed by Sony (Dkt. 57);

(3) Discovery Dispute Joint Report #4 filed by Tessera (Dkt. 69); and

(4) Discovery Dispute Joint Report #3 filed by Sony Corporation (Dkt. 71).

Because not all portions of the above-referenced documents are entitled to protection, Tessera is ordered to file a public version of the submissions identified at numbers (1) and (3) above, and Sony is ordered to file a public version of the submissions identified at numbers (2) and (4) above. The

parties shall redact the information identified by the parties in their motions as protectable from these public versions of the briefs, and file the redacted versions by October 8, 2012.

**IT IS SO ORDERED.**

Dated: October 2, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04399 EJD (HRL) N**otice will be electronically mailed to:

| Name | Email |
|---|---|
| Melissa McCormick | mmccormick@irell.com |
| Benjamin Hattenbach | bhattenbach@irell.com |
| Brian Ledahl | bledahl@irell.com |
| Morgan Chu | mchu@irell.com |
| Nathan Lowenstein | nlowenstein@irell.com |
| Richard Krebs | rkrebs@irell.com |
| Eileen Ridley | eridley@foley.com |
| Aaron Moore | amoore@foley.com |
| Matthew Lowrie | mlowrie@foley.com |
| Ruben Rodrigues | rrodrigues@foley.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**