```
 1  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
 2  555 CALIFORNIA STREET, 17TH FLOOR
    SAN FRANCISCO, CA 94104
 3  TELEPHONE: 415.434.4484
    FACSIMILE: 415.434.4507
 4  Eileen R. Ridley CA Bar No. 151735
        eridley@foley.com
 5

 6  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
 7  111 HUNTINGTON AVE., STE. 2600
    BOSTON, MA 02199-7610
 8  TELEPHONE: 617.342.4000
    FACSIMILE: 617.342.4001
 9  Matthew B. Lowrie (Pro Hac Vice)
        mlowrie@foley.com
10  Aaron W. Moore (Pro Hac Vice)
        amoore@foley.com
11

12  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
13  321 NORTH CLARK ST., STE. 2800
    CHICAGO, ILL. 60654-5313
14  TELEPHONE: 312.832.4568
    FACSIMILE: 312.832.4700
15  Ruben J. Rodrigues (Pro Hac Vice)
        rrodrigues@foley.com
16
    ATTORNEYS FOR DEFENDANT SONY
17  CORPORATION
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION.<br><br>PLAINTIFF,<br><br>VS.<br><br>SONY CORPORATION, A JAPANESE CORPORATION,<br><br>DEFENDANT. | CASE NO: 5:11-CV-04399-EJD (HRL)<br><br>**DECLARATION OF TADASHI SAITO** |

CASE NO.5:CV 11-04399-EJD (HRL)     1     DECLARATION OF TADASHI SAITO

1. My name is Tadashi Saito. I am EVP and Chief Strategy Officer of Sony Corporation ("Sony"), and one of ten Corporate Executive Officers of Sony. Sony is Sony group's ultimate parent and includes Sony's Imaging Products & Solutions, Game, Mobile Products & Communications, Home Entertainment & Sound, and Devices segments.

2. In my capacity as EVP and Chief Strategy Officer, I have responsibility for corporate strategy for all of Sony. I report directly to Kazuo Hirai, the Chief Executive Officer of Sony. My direct reports are the head of Sony's Business Strategy Division and the head of Sony's Corporate Development Division.

3. I previously served as President of Sony's Semiconductor Business Group. I understand that the audit conducted by Connor Group on behalf of Tessera occurred during my tenure as President of the Semiconductor Business Group. At that time, I reported to Hiroshi Yoshioka, Executive Vice President of Sony. My direct reports were the heads of the Image Sensor Business Division, the Imaging LSI Business Division, the Micro Device Business Division, the LSI Business Division, the Hybrid System Solution Business Division, the Display Device Business Division, the Design Platform Division, the Semiconductor Technology Development Division, the Research & Development Division, the Semiconductor Sales Division, the Planning & Control Division, the Quality Reliability Division, the Technology Management Promotion Department, and the Human Resources Department.

4. I had no personal involvement in the audit conducted by the Connor Group and do not believe that I have any knowledge concerning the audit beyond the fact that it took place.

5. I have not communicated or corresponded with Tessera or the Connor Group about the audit. Except for contacts concerning the request for my deposition, I have not communicated with anyone at Sony concerning the Connor Group audit.

6. I had no involvement in the negotiation of the Tessera License Agreement under which the audit was conducted, and I am not aware of any knowledge that I might have about the License Agreement beyond the fact that it existed.

7. I have no personal knowledge about the structure of individual IC packages that might be covered by the Tessera License Agreement, and I have no information about whether any given IC package might be royalty bearing under the Tessera License Agreement or covered by any Tessera patent.

8. I have never been involved in determining whether Sony should pay royalties to Tessera for any IC package.

9. I am not aware of any other information I have that has any bearing on Tessera's claims for breach of the Tessera License Agreement.

I declare under the pains and penalties of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: September 20, 2012

_____
Tadashi Saito

---

CASE NO.5:CV 11-04399-EJD (HRL)     3     DECLARATION OF TADASHI SAITO