**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
Eileen R. Ridley CA Bar No. 151735
   eridley@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
111 HUNTINGTON AVE., STE. 2600
BOSTON, MA 02199-7610
TELEPHONE: 617.342.4000
FACSIMILE: 617.342.4001
Matthew B. Lowrie *(Pro Hac Vice)*
   mlowrie@foley.com
Aaron W. Moore *(Pro Hac Vice)*
   amoore@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
321 NORTH CLARK ST., STE. 2800
CHICAGO, ILL. 60654-5313
TELEPHONE: 312.832.4568
FACSIMILE: 312.832.4700
Ruben J. Rodrigues *(Pro Hac Vice)*
   rrodrigues@foley.com

ATTORNEYS FOR DEFENDANT SONY CORPORATION

IT IS SO ORDERED
Judge Edward J. Davila
10/5/2012

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION.<br><br>PLAINTIFF,<br><br>vs.<br><br>SONY CORPORATION, A JAPANESE CORPORATION,<br><br>DEFENDANT. | CASE NO: 5:11-CV-04399-EJD (HRL)<br><br>**STIPULATED REQUEST FOR ENLARGEMENT OF TIME TO TAKE THIRD PARTY DEPOSITIONS AND TO EXTEND EXPERT DISCOVERY DATES PURSUANT TO CIVIL L.R. 6-2**<br><br>Judge: Hon. Edward J. Davila<br>Mag. Judge: Hon. Howard R. Lloyd |

1

CASE NO.5:11-CV-04399-EJD (HRL)   STIPULATED REQUEST FOR ENLARGEMENT OF TIME TO TAKE THIRD PARTY DEPOSITIONS AND TO EXTEND EXPERT DISCOVERY DATES

Pursuant to Civil Local Rule 6-2, Defendant Sony Corporation ("Sony") and Plaintiff Tessera, Inc. ("Tessera") (collectively, "the Parties"), hereby stipulate and agree to the following request for enlargement of time pursuant to Civil L.R. 6-2.

The parties respectfully request an Order granting leave to take depositions of third parties Connor Group NV, LLC, Nigel Shepherd, and Edgar Ooms by November 21, 2012. Sony has served deposition subpoenas on Connor Group NV, LLC, Nigel Shepherd and Edgar Ooms. (*See* Moore Decl. ¶ 2.) Connor Group NV, LLC and Mr. Shepherd reside in Reno, Nevada, while Mr. Ooms resides in Rainier, Washington. (*See* Moore Decl. ¶¶ 3 and 4.) The Parties have been informed that, due to their international travel schedules, these deponents will not be available for deposition on the dates noticed or prior to the October 19, 2012 close of fact discovery (*see* Dkt. No. 30 at 2), but that they will be available on or before November 21, 2012. (*See* Moore Decl. ¶ 5.) The parties do not seek an extension of fact discovery other than to complete these depositions.

The Parties additionally request an enlargement of time concerning expert discovery, pursuant to the schedule set forth below. The deadline for opening expert reports is currently set for November 9, 2012. *See* Dkt. No. 30 at 2. Since the depositions of Connor Group, Mr. Shepherd, and Mr. Ooms will not occur until mid-November, the Parties additionally request that the Court extend the deadlines for exchanging expert reports and subsequent expert discovery. The parties have stipulated to the following revised schedule for expert discovery deadlines:

| EVENT | PREVIOUS DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Designation of Opening Experts with Reports | November 9, 2012 | December 5, 2012 |
| Designation of Rebuttal Experts with Reports | November 30, 2012 | December 21, 2012 |
| Expert Discovery Cutoff | December 21, 2012 | January 9, 2013 |

Pursuant to the requirements of Civil L.R. 6-2, an accompanying declaration of Aaron Moore "Moore Decl." has been filed concurrently herewith.

2

CASE NO.5:11-CV-04399-EJD (HRL)   STIPULATED REQUEST FOR ENLARGEMENT OF TIME TO TAKE THIRD PARTY DEPOSITIONS AND TO EXTEND EXPERT DISCOVERY DATES

Adopting these proposed new deadlines would not alter the currently scheduled deadline for filing of dispositive motions on January 11, 2013, nor would it alter the currently scheduled deadline for a Joint Pretrial Statement on February 12, 2013. *See* Dkt. No. 30 at 2. *See* Moore Decl. ¶ 8.

## CONCLUSION

Accordingly, the Parties respectfully request that the Court enlarge the time to take the third-party depositions of Connor Group NV, LLC, Nigel Shepherd, and Edgar Ooms, and that the Court further extend the deadlines for expert discovery pursuant to the schedule set forth above.

## ENDORSEMENT PER CIVIL L.R. 7-12

PUSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   10/5/2012

_____
Hon. Edward J. Davila
United States District Court Judge

| | |
|---|---|
| Dated: October 3, 2012 | FOLEY & LARDNER LLP<br>Matthew B. Lowrie<br>Eileen R. Ridley<br>Aaron W. Moore<br>Ruben J. Rodrigues<br><br>By: _/s/ Aaron W. Moore_<br>     Aaron W. Moore<br><br>*Attorneys For Defendant Sony Corp.* |
| Dated: October 3, 2012 | IRELL & MANELLA LLP<br>Morgan Chu<br>Benjamin W. Hattenbach<br>Melissa R. McCormick<br>Lisa S. Glasser<br>Richard W. Krebs<br><br>By: _/s/ Richard W. Krebs_<br>     Richard W. Krebs<br><br>*Attorneys for Plaintiff Tessera, Inc.* |

### **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil L.R. 5-1(i)(3), I, Aaron W. Moore, herby attest that concurrence in the filing of this Stipulated Request for Enlargement of time has been obtained from Melissa R. McCormick, counsel for Tessera.

Dated: October 3, 2012

By: _/s/Aaron W. Moore_
    Aaron W. Moore

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2012, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATE: OCTOBER 3, 2012

By: */s/ Ruben J. Rodrigues*
RUBEN J. RODRIGUES