# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date: October 5, 2012                    Time in Court: 1 hour 11 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Tessera, Inc. v. Sony Corporation
**CASE NUMBER**: 5:11-cv-04399-EJD
Plaintiff Attorney present: Ben Hattenbach
Defendant Attorney present: Eileen Ridley

---

**PROCEEDINGS: Hearing on Discovery Dispute #4**


Counsel present arguments.

Matter is taken under submission. Court to issue written ruling.