1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Benjamin W. Hattenbach (186455)
   Melissa R. McCormick (180384)
3  Richard Krebs (278701)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:  (310) 203-7199

6  Attorneys for Plaintiff
   Tessera, Inc.
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 TESSERA, INC.,                    )  Case No. 5:11-CV-04399-EJD (HRL)
                                     )
12         Plaintiff,                )  ORDER TO TAKE DEPOSITION IN
                                     )  OSAKA, JAPAN
13     vs.                           )
                                     )  Magistrate Judge Howard R. Lloyd
14 SONY CORPORATION,                 )
                                     )
15         Defendant.                )
                                     )

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2708574

ORDER TO TAKE DEPOSITION IN OSAKA, JAPAN
CASE NO. 5:11-CV-04399-EJD (HRL)

**DEPOSITION ORDER**

**TO:** Any Consul or Vice Consul of the United States of America

Consulate General of the United States of America, Osaka-Kobe, Japan

11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-8543

Upon application by Plaintiff Tessera, Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is hereby

ORDERED that the deposition on notice of the following individuals and entity(ies) be taken at the U.S. Embassy in Osaka, Japan, commencing on or about October 18, 2012, and that the marking of any documentary exhibits in connection therewith be permitted:

**Yuichi Sekiguchi**

Listed below are the names of counsel who may participate in this deposition, together with other persons who may attend or assist with this deposition:

**For Tessera, Inc.**

Lisa Sharrock Glasser (Counsel)

Benjamin W. Hattenbach (Counsel)

Melissa R. McCormick (Counsel)

Richard W. Krebs (Counsel)

Helen Laverty (Court Reporter)

Nancy Neilson Gill (Court Reporter)

Jennifer Buck (Court Reporter)

Jade Kira King (Court Reporter)

Lori Lynn Oxley (Court Reporter)

Paul Byron Diserio (Videographer)

Michael Paul Goldberg (Videographer)

Daniel Dean Harrington (Videographer)

Hajime Sato (Interpreter)

Mari Oki (Interpreter)

| | |
|---|---|
| 1 | Shizuyo Isaacson (Interpreter) |
| 2 | Hiromi Yoshikawa (Interpreter) |
| 3 | Naoko Selland (Interpreter) |
| 4 | Masa Toiya (Interpreter) |
| 5 | **For Sony Corporation** |
| 6 | Aaron Moore (Counsel) |
| 7 | Eileen Ridley (Counsel) |
| 8 | Matthew Lowrie (Counsel) |
| 9 | Ruben Rodriguez (Counsel) |
| 10 | Minoru Akuhara (Interpreter) |
| 11 | Hironori Ikeda (Sony) |
| 12 | Yuka Nakagaki (Sony) |
| 13 | Yuichi Sekiguchi (Sony) |
| 14 | Peter Toto (Sony) |

15 Please cause the testimony of said witnesses to be recorded by video and reduced to
16 writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to
17 your Commission and closed under your seal; and make return of these materials to this Court
18 with all convenient speed.

19 WITNESS, the Honorable _____, United States Judge of the
20 United States District Court for the Northern District of California, this _____ day of
21 _____, 2012.

22 _____
23 United States Magistrate Judge Howard R. Lloyd
24 United States District Court
25 Northern District of California
26 280 South 1st Street
27 San Jose, California 95113
28 United States of America

2708574 - 2 - ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN
CASE NO. 5:11-CV-04399-EJD (HRL)

1

2   I hereby certify that the signature above is that of the Honorable _____

3   United States Judge of the United States District Court for the Northern District of California.

4

5   _____ Clerk of the Court

6   _____ Date

7

8   Deputy Clerk: _____

9   Seal:

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28