1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
2  555 CALIFORNIA STREET, 17TH FLOOR
   SAN FRANCISCO, CA 94104
3  TELEPHONE: 415.434.4484
   FACSIMILE: 415.434.4507
4  Eileen R. Ridley CA Bar No. 151735
       eridley@foley.com
5
   **FOLEY & LARDNER LLP**
6  ATTORNEYS AT LAW
   111 HUNTINGTON AVE., STE. 2600
7  BOSTON, MA 02199-7610
   TELEPHONE: 617.342.4000
8  FACSIMILE: 617.342.4001
   Matthew B. Lowrie *(Pro Hac Vice)*
9     mlowrie@foley.com
   Aaron W. Moore *(Pro Hac Vice)*
10     amoore@foley.com

11 **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
12 321 NORTH CLARK ST., STE. 2800
   CHICAGO, ILL. 60654-5313
13 TELEPHONE: 312.832.4568
   FACSIMILE: 312.832.4700
14 Ruben J. Rodrigues *(Pro Hac Vice)*
       rrodrigues@foley.com
15
   ATTORNEYS FOR DEFENDANT SONY
16 CORPORATION

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                     **SAN JOSE DIVISION**

19
   TESSERA, INC., A DELAWARE CORPORATION.      ) CASE NO:  5:11-CV-04399-EJD (HRL)
20                                             )
              PLAINTIFF,                       ) **SONY CORPORATION'S OBJECTION'S**
21                                             ) **TO TESSERA'S PROPOSED ORDER TO**
        VS.                                    ) **TAKE DEPOSITION IN OSAKA, JAPAN**
22                                             )
   SONY CORPORATION, A JAPANESE                )
23 CORPORATION,                                )  Judge: Hon. Edward J. Davila
                                               )  Mag. Judge: Hon. Howard
24            DEFENDANT.                        )
                                               )
25                                             )
                                               )
26                                             )
                                               )
27 _____    )
                                                    1
28   CASE NO.5:11-CV-04399-EJD (HRL)             SONY CORPORATION'S OBJECTION'S TO THE
                                                 PROPOSED ORDER TO TAKE DEPOSITION IN
                                                         OSAKA, JAPAN

1    Defendant Sony Corporation ("Sony") hereby objects to the Proposed Order to Take

2    Deposition in Osaka, Japan (Dkt # 84) filed by Plaintiff Tessera, Inc. ("Tessera") on October 11,

3    2012, for a deposition to take place in Osaka, Japan on October 18, 2012.  The subject deposition

4    would be of Yuichi Sekiguchi, an employee of Sony's Intellectual Property Department ("IPD"),

5    working under the direction of Sony's Deputy General Counsel, and a member of Sony's IPD's

6    legal team assigned to this case.

7    Tessera did not confer with Sony prior to noticing this deposition or filing its proposed

8    order, and then failed to note in its filing that Sony had not been consulted.  Tessera offers the

9    Court its "Proposed Order" without comment, implying that Sony consents and that this is purely

10   a matter of procedure, neither of which is true.

11   The proposed order is untimely and improper for a number of reasons.

12   First, it is too late for counsel to obtain the governmental visa that would be required to

13   participate in a new deposition in Japan a week from today.  The Japanese government requires

14   that an application be made at least two weeks before departure to Japan.  (*See* http://japan.

15   usembassy.gov/e/acs/tacs-7108b.html#lawyer.)  In this case, Matthew Lowrie, the attorney

16   defending the depositions that are currently taking place in Japan, is already in Osaka, on a visa

17   that would not authorize him to participate in a new deposition.  Nor would there be time for a

18   different attorney to obtain a visa in time to travel to Japan for a deposition a week from now.

19   Second, the parties previously briefed the issue of the depositions to take place in Osaka,

20   in Discovery Dispute Joint Report # 1, which addressed the individual Sony witnesses who

21   would be produced and whether their depositions would take place in the United States or Japan.

22   Resolving that dispute, the Court ordered that Sony would produce four specific witness, would

23   not have to produce a fifth witness, and that the depositions would take place in Japan.  (*See* Dkt

24   # 64.)  Those four depositions are underway, having already consumed two days and scheduled

25   to continue this Friday and Monday, Tuesday, and Wednesday of next week.  When seeking the

26   depositions in Japan, Tessera did not identify Ms. Sekiguchi, even though her name appears on

27

28   CASE NO.5:11-CV-04399-EJD (HRL)

2

SONY CORPORATION'S OBJECTION'S TO THE
PROPOSED ORDER TO TAKE DEPOSITION IN
OSAKA, JAPAN

1   documents produced by Sony on June 19, 2012 and she was identified during the 30(b)(6)

2   deposition of Sony that took place on July 9-12, 2012.

3           Third, with depositions scheduled to take place on each of the next four business days,

4   and preparation for next week's depositions already scheduled to take place over this coming

5   weekend, there would be an inadequate amount of time in which to prepare Ms. Sekiguchi for a

6   deposition.  If would be unfair for Sony's ability to prepare its witnesses to be compromised by

7   Tessera's delay in seeking Ms. Sekiguchi's deposition.

8           Fourth, in reliance on the fact that there was not a deposition noticed for October 18,

9   2012, Mr. Lowrie, the lawyer in Japan to defend the depositions of Sony, has travel plans that

10  put him in Kyoto, not Osaka, on October 18th.

11          Finally, as noted, Ms. Sekiguchi is a member of Sony's legal team for this case.  As such,

12  she would have little or no discoverable information.  Tessera has made no effort to explain,

13  either to Sony or to the Court, what relevant, non-privileged information Ms. Sekiguchi might

14  possess that would outweigh the burdens of a deposition, including those described above and

15  those inherent in being a witness forced to try to separate privileged and non-privileged

16  information.  *See Shelton v. Am. Motors Corp.*, 805 F.2d 1323, 1327 (8th Cir. 1986) (explaining

17  that such depositions "should be limited to where the party seeking to take the deposition has

18  shown that (1) no other means exist to obtain the information than to depose opposing counsel;

19  (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the

20  preparation of the case") (internal citation omitted).

21          For these reasons, Sony respectfully requests that the Court decline to enter Proposed

22  Order to Take Deposition in Osaka, Japan (Dkt # 84).

23

24  Date:  October 11, 2012                                    **FOLEY & LARDNER LLP**

25
                                                              By: /s/ Aaron W. Moore
26                                                                AARON W. MOORE
                                                                 ATTORNEYS FOR DEFENDANT
27                                                                SONY CORPORATION

                                                       3
28    CASE NO.5:11-CV-04399-EJD (HRL)           SONY CORPORATION'S OBJECTION'S TO THE
                                                    PROPOSED ORDER TO TAKE DEPOSITION IN
                                                                OSAKA, JAPAN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

SONY CORPORATION'S OBJECTION'S TO THE
PROPOSED ORDER TO TAKE DEPOSITION IN
OSAKA, JAPAN

1

2

**CERTIFICATE OF SERVICE**

3       I hereby certify that on this 11th day of October, 2012, a copy of the foregoing was filed
electronically through the Court's CM/ECF system, with notice of case activity automatically

4    generated and sent electronically to all parties.

5

6    Date:  October 11, 2012                    **FOLEY & LARDNER LLP**

7                                               By: /s/ Aaron W. Moore
                                                    AARON W. MOORE
8                                                   ATTORNEYS FOR DEFENDANT
                                                    SONY CORPORATION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                       5
28