IRELL & MANELLA LLP
Morgan Chu (70446)
Benjamin W. Hattenbach (186455)
Melissa R. McCormick (180384)
Lisa S. Glasser (223406)
Richard W. Krebs (278701)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TESSERA, INC., | ) Case No. 5:11-cv-04399-EJD (HRL) |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE OF IAN R. WASHBURN |
| SONY CORPORATION, | ) |
| Defendant. | ) |

Pursuant to Civil L.R. 5-1(c)(2), notice is hereby given of the appearance of Mr. Ian R. Washburn as counsel for Tessera, Inc. in the above-captioned matter. Mr. Washburn's contact information is below:

>Ian R. Washburn
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, California 90067-4276
>Telephone: (310) 203-1010
>Facsimile: (310) 203-7199
>Email: iwashburn@irell.com

Please serve copies of all notices and documents issued by the Court and filed by the parties upon Mr. Washburn.

Dated: October 12, 2012                IRELL & MANELLA LLP

By: /s/ Ian R. Washburn
　　　Ian R. Washburn

Attorneys for Plaintiff Tessera, Inc.