IRELL & MANELLA LLP
Morgan Chu (70446)
Benjamin W. Hattenbach (186455)
Melissa R. McCormick (180384)
Lisa S. Glasser (223406)
Richard W. Krebs (278701)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-cv-04399-EJD (HRL) <br><br> NOTICE OF WITHDRAWAL OF DOCKET NO. 84 <br><br> Magistrate Judge Howard R. Lloyd |

1 | Based upon Sony's representations that it will not call Yuichi Sekiguchi to testify at trial
2 | and will not otherwise present testimony from Mr. Sekiguchi in this case in any other format (e.g.,
3 | declarations), Tessera no longer seeks a court order regarding Mr. Sekiguchi's deposition.

Dated: October 12, 2012                IRELL & MANELLA LLP


By: /s/ Ian Washburn
    Ian R. Washburn
    Attorneys for Plaintiff Tessera, Inc.

2709453

- 1 -

NOTICE OF WITHDRAWAL OF DKT. 84
Case No. 5:11-cv-04399-EJD (HRL)