**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION. <br><br> PLAINTIFF, <br><br> vs. <br><br> SONY CORPORATION, A JAPANESE CORPORATION, <br><br> DEFENDANT. | CASE NO: 5:11-CV-04399-EJD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge: Hon. Edward J. Davila <br> Mag. Judge: Hon. Howard R. Lloyd |

Upon consideration of Sony Corporation's ("Sony") Administrative Motion for Leave to File Documents Under Seal, and the supporting Declaration of Aaron W. Moore, filed therewith, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Sony's request to file documents under seal and further finds that:

1. The unredacted versions of Defendant Sony Corporation's Amended Answer And Defenses To Tessera, Inc.'s Complaint For Breach of Contract And Breach Of The Implied Covenant Of Good Faith And Fair Dealing; Counterclaims Of Defendant Sony Corporation and Sony's Corporation's Motion For Leave To File First Amended Answer And Counterclaims (collectively "Filings") contain references to confidential and commercially sensitive

information, including information concerning the terms of the license agreement between Sony and Tessera and the preparation of a confidential alleged audit report. The Filings accordingly contain confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the redacted portions of the Filings are not sealed. The proposed sealing is narrowly tailored because Sony seeks only to seal the redacted portions which comprise approximately two full pages of text. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially sensitive information is to seal Sony's Filings, no less restrictive means exist to achieve Sony's, Tessera's and the Connor Group's overriding interest in the protection of their confidential information.

2. Sony shall file the unredacted versions of Sony's Filings under seal.

3. Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED that Sony's Administrative Motion for Leave to File Documents Under Seal is GRANTED. Any member of the public has the right to challenge the sealing of a particular document subject to this Order.

Dated: October 16, 2012

Hon. Edward J Davila
United States District Court Judge