| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| | Morgan Chu (70446) (mchu@irell.com) |
| 2 | Carlos R. Moreno (66912) (cmoreno@irell.com) |
| 3 | Benjamin W. Hattenbach (186455) (bhattenbach@irell.com) |
| | Melissa R. McCormick (180384) (mmccormick@irell.com) |
| 4 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067-4276 |
| 5 | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| 6 | |
| 7 | *Attorneys for Plaintiff Tessera, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TESSERA, INC., | ) | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | ) ) | NOTICE OF APPEARANCE OF |
| v. | ) ) | CARLOS R. MORENO |
| SONY CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

NOTICE OF APPEARANCE OF CARLOS R. MORENO
CASE NO. 5:11-CV-04399-EJD (HRL)
2713646

1     Pursuant to General Order 45 at ¶ IV(C)(1), notice is hereby given of the appearance of
2 Mr. Carlos R. Moreno as counsel for Plaintiff Tessera, Inc. in the above-captioned matter.
3 Mr. Moreno's contact information is below:

    Carlos R. Moreno (223406)
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    Telephone: (310) 277-1010
    Facsimile: (310) 203-7199
    Email: cmoreno@irell.com

9     Please serve copies of all notices and documents issued by the Court and filed by the
10 parties upon Mr. Moreno.

12 Dated: October 23, 2012      IRELL & MANELLA LLP

By:   /s/ Carlos R. Moreno
    Carlos R. Moreno

Attorneys for Plaintiff Tessera, Inc.

NOTICE OF APPEARANCE OF CARLOS R. MORENO
CASE NO. 5:11-CV-04399-EJD (HRL)
2713646
- 1 -