1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Carlos R. Moreno (66912) (cmoreno@irell.com)
   Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
3  Melissa R. McCormick (180384) (mmccormick@irell.com)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199
6
   *Attorneys for Plaintiff Tessera, Inc.*
7
8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 TESSERA, INC.,                    )  Case No. 5:11-CV-04399-EJD (HRL)
                                     )
12           Plaintiff,              )  [PROPOSED] ORDER GRANTING
                                     )  TESSERA INC.'S MOTION FOR
13      v.                           )  ADMINISTRATIVE RELIEF TO FILE
                                     )  DOCUMENTS UNDER SEAL
14 SONY CORPORATION,                 )
                                     )
15           Defendant.              )  Judge: Hon. Edward J. Davila
                                     )  Magistrate Judge Howard R. Lloyd
16                                   )
                                     )  Case Filed: May 26, 2011
17 _____  )

18
19
20
21
22
23
24
25
26
27
28

1    Upon consideration of Tessera, Inc.'s ("Tessera") Motion for Administrative Relief to File

2   Documents Under Seal, and the supporting Declaration of Carlos R. Moreno and Stipulation filed

3   therewith, and being otherwise fully informed in this regard, the Court finds there to be

4   compelling reason to grant Tessera's request to file documents under seal and further finds that:

5    1. The unredacted version of Tessera's Opposition To Sony Corporation's ("Sony")

6   Motion For Leave To File First Amended Answer And Counterclaims, as well as Exhibits A

7   through H and O through Q to the Declaration of Carlos R. Moreno In Support of Tessera's

8   Opposition, cite a confidential license agreement between Tessera and Sony ("the Agreement")

9   which this Court has previously ordered to be sealed in its totality as "the entirety of [the] license

10  agreement[] contains confidential information."  *See Tessera, Inc. v. Sony Corp.*, Case No. 11-

11  04399-EJD, Docket No. 41; Docket No. 19, at ¶ 5.  The Agreement has been marked

12  "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant

13  to this Court's Protective Order.  *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket

14  No. 41.  The portions of the agreement cited in the aforementioned documents contain confidential

15  and commercially sensitive information which overcomes the right of public access to the record.

16  A substantial probability exists that protection of the commercially sensitive information will be

17  prejudiced if the citations and documents are not sealed.  The proposed sealing is narrowly tailored

18  because Tessera seeks to seal only select citations referencing the license agreement at issue in this

19  case.  Because the only way to effectively prevent the deleterious effects of disclosing the

20  confidential, commercially valuable information is to redact the citation to protect against

21  disclosure, and fully seal certain exhibits, no less restrictive means exist to achieve Tessera's

22  overriding interest in the protection of its confidential and commercially valuable information.

23   2. The unredacted version of Tessera's Opposition, as well as Exhibits D, G, H, O, and P to

24  the Declaration of Carlos R. Moreno In Support of Tessera's Opposition, include or reference

25  information and terms contained in an audit report which this Court has previously ordered to be

26  sealed.  *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41; Docket No. 19,

27  at ¶ 3.  The audit report has been marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL –

28  OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order.  *See Tessera, Inc. v.*

[PROPOSED] ORDER GRANTING TESSERA'S ADMIN.
MOT. FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:11-CV-04399-EJD (HRL)

1    *Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41.  The portions of the audit report cited in the

2    aforementioned documents contain confidential and commercially sensitive information which

3    overcomes the right of public access to the record.  A substantial probability exists that protection

4    of the commercially sensitive information will be prejudiced if the citations are not sealed.  The

5    proposed sealing is narrowly tailored because Tessera seeks to seal only select citations

6    referencing the audit report at issue in this case.  Because the only way to effectively prevent the

7    deleterious effects of disclosing the confidential, commercially valuable information is to redact

8    the citations to protect against disclosure, no less restrictive means exist to achieve Tessera's

9    overriding interest in the protection of its confidential and commercially valuable information.

10         3. The unredacted version of Tessera's Opposition, as well as Exhibits E, F, H, and I to the

11    Declaration of Carlos R. Moreno In Support of Tessera's Opposition, include or reference

12    confidential communications regarding the parties' confidential license agreement and the audit

13    report mentioned above.  These communications are marked "HIGHLY CONFIDENTIAL –

14    OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order.  *See Tessera, Inc. v.*

15    *Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41 (Stipulated Protective Order).  The portions

16    of the communications cited in the aforementioned documents contain confidential and

17    commercially sensitive information which overcomes the right of public access to the record.  A

18    substantial probability exists that protection of the commercially sensitive information will be

19    prejudiced if the citations are not sealed.  The proposed sealing is narrowly tailored because

20    Tessera seeks to seal only select citations communications and references to those

21    communications.  Because the only way to effectively prevent the deleterious effects of disclosing

22    the confidential, commercially valuable information is to redact the citations to protect against

23    disclosure, no less restrictive means exist to achieve Tessera's overriding interest in the protection

24    of its confidential and commercially valuable information.

25         4. The Clerk shall file under seal the unredacted versions of Tessera's Opposition To

26    Sony's Motion For Leave To File First Amended Answer And Counterclaims, as well as the

27    unredacted versions of Exhibits P and Q to the Declaration of Carlos R. Moreno In Support of

28

[PROPOSED] ORDER GRANTING TESSERA'S ADMIN.
MOT. FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:11-CV-04399-EJD (HRL)

1   Tessera's Opposition.  The Clerk shall file under seal, in their entirety, Exhibits A through I and

2   Exhibit O to the Declaration of Carlos R. Moreno In Support of Tessera's Opposition.

3       5. Documents filed under seal shall remain sealed unless and until this Court orders

4   otherwise.

5       IT IS SO ORDERED that Tessera's Administrative Motion for Leave to File Documents

6   Under Seal is GRANTED.

7

8   Dated: this 26 day of ___October___, 2012

    Hon. Edward J. Davila
9   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2714004     - 3 -

[PROPOSED] ORDER GRANTING TESSERA'S ADMIN.
MOT. FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:11-CV-04399-EJD (HRL)