UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION.<br><br>PLAINTIFF,<br><br>vs.<br><br>SONY CORPORATION, A JAPANESE CORPORATION,<br><br>DEFENDANT. | CASE NO: 5:11-CV-04399-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL<br><br>Judge: Hon. Edward J. Davila<br>Mag. Judge: Hon. Howard R. Lloyd |

Upon consideration of Sony Corporation's ("Sony") Administrative Motion for Leave to File Documents Under Seal, the supporting Declaration of Aaron W. Moore, and Stipulation filed therewith, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Sony's request to file documents under seal and further finds that:

1.  The unredacted version of Sony's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge Lloyd contains references to confidential and commercially sensitive information, including references to and discussion of the confidential license agreement between the parties, a confidential audit report conducted pursuant to that agreement, confidential correspondence regarding the agreement and audit reports conducted pursuant to it,

1  and interrogatory responses designated as confidential by Tessera.  The Sony's motion
2  accordingly contains confidential and commercially sensitive information which overcomes the
3  right of public access to the record.  A substantial probability exists that protection of the
4  commercially sensitive information will be prejudiced if the redacted portions of Sony's Motion
5  are not sealed.  The proposed sealing is narrowly tailored because Sony seeks only to seal the
6  redacted portions which comprise less than 10 full lines of the Motion.  Because the only way to
7  effectively prevent the deleterious effects of disclosing the confidential, commercially valuable
8  information is to seal Sony's Motion, no less restrictive means exist to achieve the overriding
9  interest of the parties in the protection of their confidential and commercially valuable
10 information.

11         2.      Additionally, Exhibits A-E to the Declaration of Aaron Moore in support of
12 Sony's Motion for Relief from Non-dispositive Pretrial Order of Magistrate Judge Lloyd
13 constitute documents that contain confidential and commercially sensitive information and have
14 been produced as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL
15 ONLY" pursuant to the protective order in this case (Dkt. 41.)  As the entirety of these
16 documents are confidential, the sealing has been narrowly tailored because the only way to
17 effectively prevent the deleterious effects of disclosing the confidential and commercially
18 valuable information is to seal these exhibits.  No less restrictive means exist to achieve the
19 overriding interest of the parties in the protection of their confidential and commercially valuable
20 information.

21         3.      Sony shall file the unredacted version of Sony's Motion and Exhibits A-E to the
22 Declaration of Aaron Moore under seal.

23         4.      Documents filed under seal shall remain sealed unless and until this Court orders
24 otherwise.

25         IT IS SO ORDERED that Sony's Administrative Motion for Leave to File Documents
26 Under Seal is GRANTED.  Any member of the public has the right to challenge the sealing of a
27 particular document subject to this Order.

28

1  The Motion to Seal is GRANTED.

2  Dated:  10/26/2012

                                      Hon. Edward J. Davila

3                                        United States District Court Judge