*E-filed: October 26, 2012*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION.<br><br>PLAINTIFF,<br><br>VS.<br><br>SONY CORPORATION, A JAPANESE CORPORATION,<br><br>DEFENDANT. | ) CASE NO: 5:11-CV-04399-EJD<br>)<br>)   MODIFIED<br>) [PROPOSED] ORDER GRANTING<br>) DEFENDANT SONY CORPORATION'S<br>) MOTION TO SHORTEN BRIEFING AND<br>) HEARING SCHEDULE RELATING TO<br>) ITS MOTION TO STAY HON. JUDGE<br>) LLOYD'S ORDER ON DDJR #4 (DKT. 83)<br>)<br>)  Judge: Hon. Edward J. Davila<br>)  Mag. Judge: Hon. Howard R. Lloyd<br>)<br>)<br>) |

Upon consideration of Sony Corporation's ("Sony") ~~Motion to~~ Motion to Shorten Briefing and Hearing Schedule Relating to its Motion to Stay Hon. Judge Lloyd's Order on DDJR #4 (Dkt. 83), the Court GRANTS Sony's Motion.  The briefing and hearing schedule shall be as follows:

**Motion:**     October 25, 2012 (already filed)

**Opposition:**     ~~October 26, 2012~~   October 30, 2012

**Reply:**     ~~October 29, 2012~~   No reply will be considered.

**Hearing ~~(if necessary)~~:**     ~~October 30, 2012.~~   If the Court finds a hearing necessary, it will notify the parties.

1   IT IS SO ORDERED that the Shortened Briefing and Hearing Schedule Relating to its
2   Motion to Stay Hon. Judge Lloyd's Order on DDJR #4 (Dkt. 83), is GRANTED, as modified
3   by the Court.

October 26, 2012

Dated:

Hon. Howard R. Lloyd
United States Magistrate Judge