United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399 EJD |
| Plaintiff(s), | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE HOWARD R. LLOYD** |
| v. | |
| SONY CORPORATION, | [Docket Item No(s). 107, 108] |
| Defendant(s). | |

Defendant Sony Corporation's Motion to Enforce (Docket Item No. 107) as well as the Motion to Shorten Time (Docket Item No. 108), both of which are discovery-related matters, are hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution.

**IT IS SO ORDERED.**

Dated: November 2, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04399 EJD
ORDER REFERRING MOTION TO MAGISTRATE JUDGE HOWARD R. LLOYD