*E-filed: November 2, 2012*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION.<br><br>PLAINTIFF,<br><br>VS.<br><br>SONY CORPORATION, A JAPANESE CORPORATION,<br><br>DEFENDANT. | ) CASE NO: 5:11-CV-04399-EJD<br>)<br>) **MODIFIED**<br>) [PROPOSED] ORDER GRANTING<br>) DEFENDANT SONY CORPORATION'S<br>) MOTION TO SHORTEN BRIEFING AND<br>) HEARING SCHEDULE RELATING TO<br>) ITS MOTION TO ENFORCE THIS<br>) COURT'S ORDER REGARDING<br>) DEPOSITIONS OF THIRD-PARTIES<br>) (DKT. 79) AND THE DISCOVERY CUT-<br>) OFF<br>)<br>) Judge: Hon. Edward J. Davila<br>) Mag. Judge: Hon. Howard R. Lloyd |

Upon consideration of Sony Corporation's ("Sony") Motion to Shorten Briefing and Hearing Schedule Relating to its Motion to Enforce this Court's Order Regarding Depositions of Third-Parties (Dkt. 79) and the Discovery Cut-Off, ~~The briefing and hearing schedule shall be as follows~~: the Court enters the following briefing schedule:

**Motion:** November 1, 2012 (already filed)

**Opposition:** ~~November 2, 2012~~ November 5, 2012 by noon.

**Reply:** ~~November 5, 2012~~ No Reply will be considered.

**Hearing (if necessary):** ~~November 6, 2012.~~ If the Court finds a hearing necessary, it will notify the parties.

1  IT IS SO ORDERED that Sony's Motion to Shorten Briefing and Hearing Schedule
2  Relating to its Motion to Enforce this Court's Order Regarding Depositions of Third-Parties
3  (Dkt. 79) and the Discovery Cut-Off) is GRANTED, **as modified by the Court.**

6  Dated: **November 2, 2012**

~~Hon. Edward J. Davila~~
~~United States District Court Judge~~

**Hon. Howard R. Lloyd**
**U.S. Magistrate Judge**