IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399 EJD |
| Plaintiff(s), | **ORDER RE: DISCLOSURE** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | |

On October 23, 2012, Plaintiff Tessera, Inc. ("Plaintiff") filed a Notice of Appearance informing the court that Carlos R. Moreno will now appear as counsel for Plaintiff.

The court wishes to advise the parties that Mr. Moreno's son, Nicholas Moreno, served as an unpaid, judicial extern within the chambers of the undersigned from June, 2012, through August 2012. Nicholas did not work on any aspect of this action during his law school externship.

The court does not believe these circumstances implicate disqualification under Canon 3(C)(1) of the Code of Conduct for United States Judges.[1] However, the court does find it appropriate to obtain the parties' position on the matter. Accordingly, **on or before November 14, 2012**, the parties shall file either (1) a stipulation confirming that the undersigned should not be disqualified from this action; or (2) an objection to the undersigned's continued involvement. Any objection filed in response to this order must inform the court of the reasons disqualification is

---

[1] "A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned . . . ." Code of Conduct for U.S. Judges, Canon 3(C)(1).

1
CASE NO. 5:11-cv-04399 EJD
ORDER RE: DISCLOSURE

appropriate.

In light of this issue, the court finds good cause to stay the 14-day deadline imposed by Civil Local Rule 72-2 with regard to Defendant Sony Corporation's Motion for Relief from Non-Dispositive Pretrial Order (Docket Item No. 95) until further notice.

**IT IS SO ORDERED.**

Dated: November 6, 2012

EDWARD J. DAVILA
United States District Judge