IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TESSERA, INC.,

Plaintiff,

v.

SONY CORPORATION,

Defendant.

Case No. 5:11-CV-04399-EJD (HRL)

**PLAINTIFF TESSERA, INC.'S RESPONSE TO ORDER RE: DISCLOSURE (DKT. 112)**

Plaintiff Tessera, Inc. ("Tessera") submits this Response to the Court's November 6, 2012 Order Re: Disclosure (Dkt. 112) ("Order") to advise the Court that Tessera's counsel Carlos R. Moreno has filed a request to withdraw from representing Tessera in this case. Accordingly, there is no reason for the stay of the 14-day period imposed by Civil Local Rule 72-2 with respect to Defendant Sony Corporation's pending Motion for Relief from Non-Dispositive Pretrial Order (Dkt. 95) to continue.

## I. FACTUAL AND PROCEDURAL BACKGROUND

Two weeks ago, on October 23, 2012, Tessera filed a Notice of Appearance for Carlos R. Moreno. On November 6, 2012, this Court issued an Order Re: Disclosure (Dkt. 112) ("Order") regarding the service of Nicholas Moreno, the son of Carlos Moreno, as an unpaid judicial extern in the Court's chambers from June 2012 through August 2012. The Order further advised the parties that Nicholas Moreno did not work on any aspect of this case during his law school externship.

The Court asked the parties, by November 14, 2012, to either file a stipulation confirming that the Court should not be disqualified based on Nicholas Moreno's service in the Court's chambers or file an objection to the Court's continued involvement in this case. The Order also directed that the 14-day deadline imposed by Civil Local Rule 72-2 with respect to Sony's pending Motion for Relief from Non-Dispositive Pretrial Order (Dkt. 95) ("Sony's Objection") be stayed until further notice. Absent the Court’s November 6 Order or other action by the Court, the 14-day period would have expired on November 7, 2012.

Shortly after receipt of the Order on November 6, Tessera asked Sony whether Sony would stipulate that the Court should not be disqualified from further involvement in this case or whether Sony objects to the Court's continued involvement. As of the filing of this Response, Sony has not responded to Tessera's inquiry.

## II. TESSERA'S COUNSEL CARLOS R. MORENO HAS FILED A REQUEST TO WITHDRAW FROM REPRESENTING TESSERA IN THIS CASE AND THE STAY OF THE 14-DAY PERIOD RELATED TO SONY'S OBJECTION THUS SHOULD BE LIFTED

Tessera does not believe that Nicholas Moreno's brief unpaid service in the Court's chambers warrants disqualification of the Court from further involvement with this matter. Nevertheless, in an effort to resolve this issue expediently and to avoid dispute with Sony over Carlos Moreno's participation as Tessera's counsel, Carlos Moreno has filed a request to withdraw from representing Tessera in this case. (Dkt. 114). With Carlos Moreno's withdrawal, there is no reason for the stay of the 14-day period related to Sony's Objection to remain in effect.

The order underlying Sony's Objection is an October 10, 2012 discovery order issued by Judge Lloyd, after two rounds of written submissions and an hour-and-a-half long hearing (Dkt. 83) (the "October 10 Order"). The October 10 Order directs Sony to provide key discovery to Tessera that Sony has been withholding for months, and to do so by November 8, 2012. Sony's filing of its Objection had no effect on Sony's obligation to comply with the October 10 Order by November 8.

Nevertheless, Tessera is concerned that continuing to stay the 14-day period related to Sony's Objection – and thus delaying the resolution of the Objection – has the potential to significantly affect Tessera's ability to prepare its case for trial and, in particular, to prepare its opening expert reports. The deadline for serving opening expert reports is December 5, 2012 – a date to which Sony stipulated on October 3, 2012. *See* Dkt. No. 79. At the October 5 hearing that resulted in the October 10 Order, Judge Lloyd was advised of the December 5 deadline for serving opening expert reports and thus set November 8 as the deadline for Sony to comply with the October 10 Order. Even production by Sony of the required materials on November 8, 2012 – which Sony remains required to do – will put considerable demands on Tessera and its experts to analyze the materials and prepare expert reports by December 5, 2012 (which is one of the reasons that Tessera sought this material from Sony months ago).

Accordingly, in light of the request for withdrawal filed by Carlos Moreno, Tessera respectfully requests that the Court lift the stay of the 14-day period related to Sony's Objection to Judge Lloyd's October 10 Order.

Dated: November 7, 2012

Respectfully submitted,

IRELL & MANELLA LLP
By: /s/ Benjamin W. Hattenbach
Benjamin W. Hattenbach
Attorneys for Plaintiff Tessera, Inc.