**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
Eileen R. Ridley CA Bar No. 151735
　eridley@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
111 HUNTINGTON AVE., STE. 2600
BOSTON, MA 02199-7610
TELEPHONE: 617.342.4000
FACSIMILE: 617.342.4001
Matthew B. Lowrie *(Pro Hac Vice)*
　mlowrie@foley.com
Aaron W. Moore *(Pro Hac Vice)*
　amoore@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
321 NORTH CLARK ST., STE. 2800
CHICAGO, ILL. 60654-5313
TELEPHONE: 312.832.4568
FACSIMILE: 312.832.4700
Ruben J. Rodrigues *(Pro Hac Vice)*
　rrodrigues@foley.com

ATTORNEYS FOR DEFENDANT SONY CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION. | CASE NO: 5:11-CV-04399-EJD (HRL) |
| PLAINTIFF, | **DEFENDANT SONY CORPORATION'S RESPONSE TO ORDER RE: DISCLOSURE (DKT. 112) AND TESSERA'S RESPONSE THERETO (DKT. 115)** |
| VS. | |
| SONY CORPORATION, A JAPANESE CORPORATION, | |
| DEFENDANT. | |

1

CASE NO.5:11-CV-04399-EJD (HRL)        SONY CORP.'S RESPONSE TO ORDER RE
DISCLOSURE (DKT. 112) AND TESSERA INC.'S
RESPONSE THERETO (DKT. 115)

1   Defendant Sony Corporation ("Sony") submits this Response to the Court's
2  November 6, 2012 Order Re: Disclosure (Dkt. 112) (the "Order") regarding the involvement of
3  Attorney Carlos Moreno in this case, and to the Response (Dkt. 115) filed by Tessera Inc.
4  ("Tessera") yesterday.

5   Attorney Moreno filed a Notice of Withdrawal of Counsel yesterday, November 7, 2012,
6  while counsel were in a deposition in this case.  (*See* Dkt. 114.)  Tessera did not advise Sony that
7  Attorney Moreno would be withdrawing, nor did it discuss its response to the Court's Order with
8  Sony prior to filing.

9   Particularly in light of the withdrawal, Sony does not believe disqualification of Judge
10 Davila to be necessary or appropriate.  Sony has no objection to the continued involvement of
11 Judge Davila in this case.

12  Sony respectfully requests that the Court now consider its Motion for Relief from Non-
13 Dispositive Pretrial Order (Dkt. 95), and issue an Order granting the Motion in Sony's favor.

Dated:  November 8, 2012                FOLEY & LARDNER LLP
                                        Matthew B. Lowrie
                                        Eileen R. Ridley
                                        Aaron W. Moore
                                        Ruben J. Rodrigues

                                        By:   */s/ Aaron W. Moore*
                                              Aaron W. Moore

                                        *Attorneys For Defendant Sony Corp.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of November, 2012, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATE:  November 8, 2012

             By:  */s/ Ruben J. Rodrigues*
                Ruben J. Rodrigues