1   IRELL & MANELLA LLP
    Morgan Chu (70446) (mchu@irell.com)
2   Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
    Melissa R. McCormick (180384) (mmccormick@irell.com)
3   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
4   Telephone:  (310) 277-1010
    Facsimile:   (310) 203-7199
5

6   *Attorneys for Plaintiff Tessera, Inc.*

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

    TESSERA, INC.,                    )   Case No. 5:11-CV-04399-EJD (HRL)
12                                     )
              Plaintiff,               )   [PROPOSED] ORDER GRANTING
13                                     )   WITHDRAWAL OF CARLOS R.
         v.                            )   MORENO
14                                     )
    SONY CORPORATION,                  )
15                                     )
              Defendant.               )
16   _____ )

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
CARLOS R. MORENO
CASE NO. 5:11-CV-04399-EJD (HRL)

1    Having considered the request of Plaintiff Tessera, Inc. to allow Carlos R. Moreno to

2  withdraw as counsel of record for Tessera, Inc. in the above captioned matter

3    IT IS HEREBY ORDERED THAT:

4    (1) Tessera, Inc.'s request is GRANTED;

5    (2) Carlos R. Moreno is relieved as counsel of record for Tessera, Inc. in the above

6       captioned matter.

7

8  Dated: ___November 9_____, 2012

9

10

11  _____

12         The Honorable Edward J. Davila

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
CARLOS R. MORENO
CASE NO. 5:11-CV-04399-EJD (HRL)