IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399 EJD |
| Plaintiff(s), | **ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | [Docket Item No(s). 95] |

The potential issue of disqualification having been resolved (see Docket Item Nos. 112, 115, 116), the court orders as follows:

Pursuant to Civil Local Rule 72-2, Plaintiff Tessera, Inc. shall file its written opposition to Defendant Sony Corporation's Motion for Relief from Non-Dispositive Pretrial Order (Docket Item No. 95), if any, **on or before November 16, 2012.** The opposition brief shall not exceed five (5) pages in length. No reply brief shall be filed or considered. The Motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: November 9, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04399 EJD
ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER