# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION. | ) CASE NO: 5:11-CV-04399-EJD |
| PLAINTIFF, | ) |
| VS. | ) **[PROPOSED] ORDER GRANTING** |
|  | ) **DEFENDANT'S ADMINISTRATIVE** |
|  | ) **MOTION FOR LEAVE TO FILE** |
| SONY CORPORATION, A JAPANESE CORPORATION, | ) **DOCUMENTS UNDER SEAL** |
|  | ) Judge: Hon. Edward J. Davila |
| DEFENDANT. | ) Mag. Judge: Hon. Howard R. Lloyd |

Upon consideration of Sony Corporation's ("Sony") Administrative Motion for Leave to File Documents Under Seal, and the supporting Declaration of Aaron W. Moore, filed therewith, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Sony's request to file documents under seal and further finds that:

1. The unredacted version of Defendant Sony's Corporation's Reply Brief In Support Of Its Motion For Leave To File First Amended Answer And Counterclaims (the "Filing") contains references to confidential and commercially sensitive information, including information concerning the terms of the license agreement between Sony and Tessera and

communications regarding the same. The Filing accordingly contains confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the redacted portions of the Filing are not sealed. The proposed sealing is narrowly tailored because Sony seeks only to seal the redacted portions which comprise approximately ten lines of text. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially sensitive information is to seal Sony's Filing, no less restrictive means exist to achieve Sony's, Tessera's, and the Connor Group's overriding interest in the protection of their confidential information.

    2.    Sony shall file the unredacted versions of Sony's Filing under seal.

    3.    Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED that Sony's Administrative Motion for Leave to File Documents Under Seal is GRANTED. Any member of the public has the right to challenge the sealing of a particular document subject to this Order.

Dated: November 13, 2012

Hon. Edward J. Davila
United States District Court Judge