IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> [PROPOSED] ORDER GRANTING TESSERA INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL <br><br> Judge: Hon. Edward J. Davila |

Upon consideration of Tessera, Inc.'s ("Tessera") Administrative Motion for Leave to File Documents Under Seal and the supporting Declaration of Benjamin W. Hattenbach, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Tessera's request to file documents under seal and further finds that:

1. The unredacted version of Tessera's Opposition to Sony Corporation's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge Lloyd ("Tessera's Opposition"), as well as Exhibits A and B to the Declaration of Benjamin W. Hattenbach in support of Plaintiff Tessera, Inc.'s Opposition to Sony Corporation's Motion for Relief ("Hattenbach Declaration"), cite a confidential license agreement between Tessera and Sony ("the Agreement") which this Court has previously ordered to be sealed in its totality as "the entirety of [the] license agreement[] contains confidential information." *See Tessera, Inc. v. Sony Corp.*, Case No. 5:11-cv-04399-EJD (HRL), Docket No. 41; Docket No. 19, at ¶ 5. The Agreement has been marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41 (Stipulated Protective Order). The Agreement contains confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the citation is not sealed. The proposed sealing is narrowly tailored because Tessera seeks to seal only select citations referencing the Agreement. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially valuable information is to redact the citations to protect against disclosure, and fully seal the Agreement itself, no less restrictive means exist to achieve Tessera's overriding interest in the protection of its confidential and commercially valuable information.

2. The unredacted version of Tessera's Opposition, as well as Exhibit C to the Hattenbach Declaration, reference information and terms contained in the confidential final audit report which has been marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41 (Stipulated Protective Order). The portions of the audit report cited in

1  Tessera's Opposition contain confidential and commercially sensitive information which
2  overcomes the right of public access to the record.  A substantial probability exists that protection
3  of the commercially sensitive information will be prejudiced if the citations are not sealed.  The
4  proposed sealing is narrowly tailored because Tessera seeks to seal only select citations
5  referencing the confidential final audit report.  Because the only way to effectively prevent the
6  deleterious effects of disclosing the confidential, commercially valuable information is to redact
7  the citations to protect against disclosure, and fully seal the confidential final audit report itself, no
8  less restrictive means exist to achieve Tessera's overriding interest in the protection of its
9  confidential and commercially valuable information.

10      3. The Motion For Administrative Relief and the supporting declaration establish that
11  Tessera's Opposition, as well as Exhibits A, B, and C to the Hattenbach Declaration, contain
12  confidential and proprietary information that the parties are obligated to keep confidential and
13  which should remain sealed from the public.  The Clerk shall file under seal the unredacted
14  version of Tessera's Opposition, as well as Exhibits A, B, and C to the Hattenbach Declaration.

15      4. Documents filed under seal shall remain sealed unless and until this Court orders
16  otherwise.

17      IT IS SO ORDERED that Tessera's Administrative Motion for Administrative Relief to
18  File Documents Under Seal is GRANTED.

19
20  Dated: this 20th day of November, 2012         _____
21                                                        Hon. Edward J. Davila
                                                      United States District Court Judge