IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING TESSERA INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| SONY CORPORATION, | |
| Defendant. | Magistrate Judge Howard R. Lloyd |

1  Upon consideration of Tessera, Inc.'s ("Tessera") Administrative Motion for Leave to File
2  Documents Under Seal, the supporting Declaration of Richard W. Krebs, and the supporting
3  stipulation, and being otherwise fully informed in this regard, the Court finds there to be
4  compelling reason to grant Tessera's request to file portions of a document under seal and further
5  finds that:

6  1. The unredacted version of Discovery Dispute Joint Report #4 Supplement cites to terms
7  from a confidential license agreement between Tessera and Sony which has been marked
8  "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant
9  to this Court's Protective Order. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket
10 No. 41 (Stipulated Protective Order).  The portions of the agreement cited in Discovery Dispute
11 Joint Report #4 contain confidential and commercially sensitive information which overcomes the
12 right of public access to the record.  A substantial probability exists that protection of the
13 commercially sensitive information will be prejudiced if the citation is not sealed.  The proposed
14 sealing is narrowly tailored because Tessera seeks to seal only particular citations quoting from
15 and/or referencing specific provisions of the license agreement at issue in this case.  Because the
16 only way to effectively prevent the deleterious effects of disclosing the confidential, commercially
17 valuable information is to redact the citations to protect against disclosure, no less restrictive
18 means exist to achieve Tessera's overriding interest in the protection of its confidential and
19 commercially valuable information.

20 2. The Motion For Administrative Relief and the supporting declaration and stipulation
21 establish that the parties' Discovery Dispute Joint Report #4 Supplement contains confidential and
22 proprietary information that the parties are obligated to keep confidential and which should remain
23 sealed from the public.

24 Good cause appearing, it is HEREBY ORDERED, that Tessera, Inc. may file under seal
25 the unredacted version of Discovery Dispute Joint Report #4 Supplement.

27 Dated: this 26th day of November, 2012

_____
EDWARD J. DAVILA
United States District Judge

2706290 - 1 -  [PROPOSED] ORDER GRANTING TESSERA, INC.'S MOT. FOR ADMIN. RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:11-CV-04399-EJD (HRL)