1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
   Melissa R. McCormick (180384) (mmccormick@irell.com)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
5

6  *Attorneys for Plaintiff Tessera, Inc.*

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11 TESSERA, INC.,                    )  Case No. 5:11-CV-04399-EJD (HRL)
                                     )
12           Plaintiff,              )  **STIPULATED REQUEST TO**
                                     )  **VACATE EXPERT REPORT AND**
13      v.                           )  **DISCOVERY CUT-OFF DATES**
                                     )  **PURSUANT TO CIVIL L.R. 6-2 AND**
14 SONY CORPORATION,                 )  **TO RESET DATES AT DECEMBER**
                                     )  **14, 2012 STATUS CONFERENCE**
15           Defendant.              )
                                     )
16                                   )  Judge: Hon. Edward J. Davila
                                     )
17 _____  )
                                     )
18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO VACATE AND RESET EXPERT
DATES
CASE NO. 5:11-CV-04399-EJD (HRL)

1    Pursuant to Civil Local Rule 6-2, Plaintiff Tessera, Inc. ("Tessera") and Defendant Sony

2  Corporation ("Sony") (collectively, "the Parties") hereby stipulate and agree to the following

3  request to vacate the current deadlines for submission of opening expert reports (December 5,

4  2012) and rebuttal expert reports (December 21, 2012) and the expert discovery cut-off date

5  (January 9, 2013) and request that the Court reset these deadlines at the status conference

6  scheduled for December 14, 2012.

7    On November 26, 2012, this Court issued its Order Denying Defendant Sony Corporation's

8  Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (the "Order").  Dkt.

9  No. 123; McCormick Decl. ¶ 2.  In the Order, the Court set December 31, 2012 as Sony's deadline

10  to produce the discovery addressed in the Order.  Dkt No. 123; McCormick Decl. ¶ 3.  Magistrate

11  Judge Lloyd had previously ordered Sony to produce the discovery addressed in the Order by

12  November 8, 2012; in the Order, this Court reset that production deadline to December 31, 2012.

13  Dkt No. 83 (Judge Lloyd Order); McCormick Decl. ¶ 4.  The discovery addressed in the Order

14  may be relevant to the Parties' expert reports and to expert discovery and the Parties thus desire to

15  vacate the current dates set for expert discovery.  McCormick Decl. ¶ 5.  In the Order, the Court

16  also scheduled a status conference for December 14, 2012 at 10:00 a.m.  Dkt No. 123; McCormick

17  Decl. ¶ 6.  Because the December 31 production deadline falls after the current deadlines for

18  submission of opening and rebuttal expert reports, the Parties request that the Court vacate the

19  current expert report deadlines and reset them at the December 14 status conference.  McCormick

20  Decl. ¶ 7.

21    Pursuant to Civil Local Rule 6-2, an accompanying declaration of Melissa R. McCormick

22  (the "McCormick Decl.") has been filed concurrently herewith.

23    Accordingly, the Parties respectfully request that the Court vacate the current deadlines for

24  submission of opening expert reports (December 5, 2012) and rebuttal expert reports (December

25  21, 2012) and the expert discovery cut-off date (January 9, 2013) and request that the Court reset

26  these deadlines at the status conference scheduled for December 14, 2012.

27

28

STIPULATED REQUEST TO VACATE AND RESET EXPERT
DATES
CASE NO. 5:11-CV-04399-EJD (HRL)

- 1 -

1

2                    **ENDORSEMENT PER CIVIL L.R. 7-12**

3            PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   Dated: _____11/30/2012_____

6                                              Hon. Edward J. Davila
                                               United States District Judge

7

8

9   Dated: November 29, 2012                   IRELL & MANELLA LLP

10                                             By:___/s/ Melissa R. McCormick_____
                                                   Melissa R. McCormick

11                                             Attorneys for Plaintiff Tessera, Inc.

12

13  Dated: November 29, 2012                   FOLEY & LARDNER LLP

14                                             By:___/s/ Aaron W. Moore_____
15                                                 Aaron W. Moore

16                                             Attorneys for Defendant Sony Corp.

17

18              **ATTESTATION OF CONCURRENCE IN FILING**

19          Pursuant to Civil L.R. 5-1(i)(3), I, Melissa R. McCormick, hereby attest that concurrence

20  in the filing of this Stipulated Request to Vacate Expert Report and Discovery Cut-Off Dates

21  Pursuant to Civil L.R. 6-2 and to Reset Dates at December 14, 2012 Status Conference has been

22  obtained from Aaron W. Moore, counsel for Sony.

23

24  Dated: November 29, 2012                   By:___/s/ Melissa R. McCormick_____
                                                   Melissa R. McCormick

25

26

27

28

2728445                              - 2 -          STIPULATED REQUEST TO VACATE AND RESET EXPERT
                                                    DATES
                                                    CASE NO. 5:11-CV-04399-EJD (HRL)

1

2                          **<u>CERTIFICATE OF SERVICE</u>**

3          I hereby certify that on this 29th day of November 2012, a copy of the foregoing was filed

4    electronically through the Court's CM/ECF system, with notice of case activity automatically

5    generated and sent electronically to all parties.

6

7    Dated:  November 29, 2012                    By:___*/s/ Melissa R. McCormick*_____
                                                          Melissa R. McCormick
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -    STIPULATED REQUEST TO VACATE AND RESET EXPERT
                                                DATES
                                                CASE NO. 5:11-CV-04399-EJD (HRL)