IRELL & MANELLA LLP
Morgan Chu (70446)
Benjamin W. Hattenbach (186455)
Melissa R. McCormick (180384)
Lisa S. Glasser (223406)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TESSERA, INC., | ) Case No. 5:11-cv-04399-EJD (HRL) |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE OF LISA S. GLASSER |
| SONY CORPORATION, | ) |
| Defendant. | ) |

1  Pursuant to Civil L.R. 5-1(c)(2), notice is hereby given of the appearance of Ms. Lisa S.
2  Glasser as counsel for Tessera, Inc. in the above-captioned matter.  Ms. Glasser's contact
3  information is below:

    Lisa S. Glasser
    Irell & Manella LLP
    840 Newport Center Drive, Suite 400
    Newport Beach, California 92660-6324
    Telephone:  (949) 760-0991
    Facsimile:   (949) 760-5200
    Email:  LGlasser@irell.com

9  Please serve copies of all notices and documents issued by the Court and filed by the
10  parties upon Ms. Glasser.

12  Dated:  December 4, 2012              IRELL & MANELLA LLP

                                      By:      /s/ Lisa S. Glasser
                                             Lisa S. Glasser

                                        Attorneys for Plaintiff Tessera, Inc.