UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 50 mins**

## CIVIL MINUTES

**Judge: Edward J. Davila**
**Date:    December 14, 2012**
**Case No.: C-11-4399 EJD**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**Special Master: N/A**
**Interpreter: N/A**

## CASE TITLE

Tessera Inc v. Sony Corporation

## APPEARANCES

**Attorney(s) for Plaintiff(s): Lisa Glasser, Melissa McCormick**
**Attorney(s) for Defendant(s): Matthew Lawrie**

## PROCEEDINGS

Status Conference

## ORDER AFTER HEARING

**Conference held. The Court VACATED the Motion for Leave to File a First Amended Complaint previously set for January 25, 2013. The Court to issue further Order on the submitted motion. The January 25th hearing is VACATED. The Court to also issue a further scheduling order.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: