UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-cv-04399 EJD |
| Plaintiff(s), | **AMENDED CASE MANAGEMENT ORDER** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | |

On December 14, 2012, the parties appeared before Judge Edward J. Davila for a status conference. Based on the parties' Joint Status Conference Statement (see Docket Item No. 128), the discussions held at the conference, and in light of the Order Denying Defendant's Motion for Leave to File First Amended Answer and Counterclaims (see Docket Item No. 130);

IT IS HEREBY ORDERED that the following amended schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Designation of Opening Experts with Reports | January 23, 2013 |
| Designation of Rebuttal Experts with Reports | February 13, 2013 |
| Expert Discovery Cutoff | March 1, 2013 |
| Preliminary Pretrial Conference | 11:00 a.m. on March 22, 2013 |

1

Case No. 5:11-cv-04399 EJD
AMENDED CASE MANAGEMENT ORDER

| Joint Preliminary Pretrial Conference Statement | March 12, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: January 7, 2013

EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

2

Case No. 5:11-cv-04399 EJD
AMENDED CASE MANAGEMENT ORDER