```
1                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                          SAN JOSE DIVISION

3

        TESSERA, INC.,
4
                  PLAINTIFF,              CASE NO.  C-11-4399-EJD
5
           VS.                            SAN JOSE, CALIFORNIA
6
        SONY CORPORATION,
7                                         DECEMBER 14, 2012
                  DEFENDANT.
8                                         PAGES 1 - 4

9


10
                       TRANSCRIPT OF PROCEEDINGS
11               BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE
12


13                     A-P-P-E-A-R-A-N-C-E-S

14
        FOR THE PLAINTIFF:    IRELL & MANELLA
15                            BY:   MELISSA R. MCCORMICK
                                    LISA GLASSER
16                            840 NEWPORT CENTER DRIVE
                              SUITE 400
17                            NEWPORT BEACH, CALIFORNIA 92600

18
        FOR THE DEFENDANT:    FOLEY & LARDNER
19                            BY:   MATTHEW B. LOWRIE
                              111 HUNTINGTON AVENUE
20                            BOSTON, MASSACHUSETTS 02199

21
        OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
22                                  CERTIFICATE NUMBER 8074

23
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
24      TRANSCRIPT PRODUCED WITH COMPUTER.

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                                    DECEMBER 14, 2012 |
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED.) |
| 10:50AM | 4 | THE CLERK: CALLING CASE NUMBER 11-4399, TESSERA, INC., |
| 10:50AM | 5 | VERSUS SONY CORPORATION. |
| 10:50AM | 6 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 10:50AM | 7 | MS. MCCORMICK: GOOD MORNING, YOUR HONOR. MELISSA |
| 10:50AM | 8 | MCCORMICK, IRELL & MANELLA FOR THE PLAINTIFF TESSERA, INC., AND |
| 10:50AM | 9 | WITH ME IS MY COLLEAGUE LISA GLASSER. |
| 10:50AM | 10 | THE COURT: THANK YOU. GOOD MORNING. |
| 10:50AM | 11 | MR. LOWRIE: GOOD MORNING, YOUR HONOR. MATT LOWRIE |
| 10:50AM | 12 | WITH FOLEY & LARDNER FOR SONY CORPORATION. |
| 10:50AM | 13 | THE COURT: THANK YOU. GOOD MORNING. |
| 10:50AM | 14 | SO YOU KNOW WHAT I WOULD LIKE TO DO -- YOU DON'T KNOW WHAT |
| 10:50AM | 15 | I'D LIKE TO DO. WE'RE GOING TO TAKE A RECESS, AND I'LL TALK TO |
| 10:51AM | 16 | COUNSEL ABOUT A COUPLE OF THESE THINGS IN MY OFFICE IF THAT |
| 10:51AM | 17 | SUITS EACH OF YOU. WOULD THAT BE ALRIGHT? |
| 10:51AM | 18 | MS. MCCORMICK: CERTAINLY, YOUR HONOR. |
| 10:51AM | 19 | MR. LOWRIE: YES. |
| 10:51AM | 20 | THE COURT: LET'S PASS THIS FOR JUST A MOMENT. |
| 10:51AM | 21 | IS THERE ANOTHER CASE THAT IS READY TO PROCEED? MAYBE WE |
| 10:51AM | 22 | CAN TAKE THE OTHER CASE. |
| 10:51AM | 23 | LET'S PASS TO TESSERA MATTER FOR JUST A MOMENT, AND WE'LL |
| 10:51AM | 24 | MOVE TO PROBUILDERS. |
| 10:51AM | 25 | (RECESS TAKEN.) |

```
11:52AM   1              THE COURT:  ALL RIGHT.  WE'RE BACK BE THE RECORD IN
11:52AM   2   THE TESSERA VERSUS SONY MATTER.  ALL PARTIES PREVIOUSLY PRESENT
11:52AM   3   ARE PRESENT ONCE AGAIN.
11:52AM   4       I SHOULD INDICATE FOR THE RECORD THAT WE DID HAVE A
11:52AM   5   CONVERSATION IN CHAMBERS, ALL COUNSEL AND MYSELF, REGARDING
11:52AM   6   THIS MATTER.  THAT WAS NOT REPORTED, AND I THINK THAT WAS WITH
11:52AM   7   CONCURRENCE OF COUNSEL; IS THAT CORRECT?
11:52AM   8              MS. MCCORMICK:  YES, YOUR HONOR.
11:52AM   9              MR. LOWRIE:  YES, YOUR HONOR.
11:52AM  10              THE COURT:  AND THANK YOU.  AND IT WAS VERY HELPFUL
11:52AM  11   TO ME TO ENLIGHTEN ME AS TO YOUR FORECAST OF PROCEDURAL ISSUES
11:52AM  12   AND ALSO HOW THE CASE MIGHT GO FORWARD.
11:52AM  13       LET ME INDICATE THAT WHAT I'D LIKE TO DO IN REGARDS TO THE
11:52AM  14   MOTION TO AMEND, I THINK THAT'S SONY'S MOTION TO AMEND THAT HAS
11:52AM  15   A CALENDAR DATE NOW OF JANUARY 25TH, IS IT?
11:52AM  16              MR. LOWRIE:  RIGHT.
11:52AM  17              THE COURT:  WHAT I'M GOING TO DO IS, AND COUNSEL HAS
11:52AM  18   INFORMED ME THAT IN YOUR OPINION THAT HAS BEEN FULLY BRIEFED
11:52AM  19   NOW?
11:52AM  20              MS. MCCORMICK:  THAT'S CORRECT.
11:52AM  21              THE COURT:  SO I WILL -- LET ME VACATE THE 25TH,
11:52AM  22   I'LL VACATE THAT HEARING DATE.  THE MATTER WILL BE UNDER
11:53AM  23   SUBMISSION NOW AND YOU'LL GET AN ORDER ON THAT SHORTLY AND I'LL
11:53AM  24   BEGIN LOOKING AT THAT, AS I INDICATED, AND WE'LL GET YOU AN
11:53AM  25   ORDER ON THAT.
```

```
11:53AM   1            I AM ALSO GOING TO ISSUE A SCHEDULING ORDER.  I'M NOT
11:53AM   2   GOING TO TELL YOU WHAT THAT IS TODAY.  I NEED TO LOOK AT OUR
11:53AM   3   CALENDARS, BUT I'LL HAVE THAT FOR YOU HOPEFULLY BY THE END OF
11:53AM   4   NEXT WEEK.  YOU SHOULD HAVE A SCHEDULING ORDER FROM THE COURT
11:53AM   5   AS WELL.
11:53AM   6            AND I THINK THAT SHOULD GIVE YOU SOME GUIDANCE THEN AND
11:53AM   7   CERTAINLY THE COURT'S ORDER ON THAT PENDING MOTION TO AMEND
11:53AM   8   WOULD BE HELPFUL ALSO.
11:53AM   9            ANYTHING FURTHER?
11:53AM  10               MS. MCCORMICK:  NOT FROM THE PLAINTIFF, NO, YOUR
11:53AM  11   HONOR.  THANK YOU.
11:53AM  12               MR. LOWRIE:  NO, THANK YOU.
11:53AM  13               THE COURT:  THANK YOU VERY MUCH.  IT WAS A PLEASURE
11:53AM  14   MEETING AND CHATTING WITH YOU THIS MORNING ABOUT THIS CASE, AND
11:53AM  15   I WISH YOU ALL HAPPY HOLIDAYS.
11:53AM  16               MS. MCCORMICK:  THANK YOU, YOUR HONOR.
11:53AM  17         (COURT CONCLUDED AT 11:53 A.M.)+
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

DATED: JANUARY 15, 2013