# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION.<br><br>PLAINTIFF,<br><br>VS.<br><br>SONY CORPORATION, A JAPANESE CORPORATION,<br><br>DEFENDANT. | CASE NO: 5:11-CV-04399-EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SONY CORPORATION'S MOTION TO SHORTEN BRIEFING AND HEARING SCHEDULE RELATING TO ITS MOTION TO STRIKE THE EXPERT REPORTS OF JOHN C. BRAVMAN AND JULIE L. DAVIS OR, IN THE ALTERNATIVE, TO MODIFY THE CASE MANAGEMENT ORDER<br><br>Judge: Hon. Edward J. Davila<br>Mag. Judge: Hon. Howard R. Lloyd |

Upon consideration of Sony Corporation's ("Sony") Motion to Shorten Briefing and Hearing Schedule Relating to its Motion to Strike the Expert Reports of John C. Bravman and Julie L. Davis or, In the Alternative, to Modify the Case Management Order, the court orders as follows:

The hearing on Sony's Motion to Strike is ADVANCED to March 22, 2013, at 11:00 a.m. Briefing for the motion shall occur according to the deadlines contained in Civil Local Rule 7.

All deadlines pertaining to expert discovery in this action are STAYED pending further order of the court.

IT IS SO ORDERED.

Dated: February 4, 2013

_____
Hon. Edward J. Davila
United States District Court Judge