IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> [PROPOSED] ORDER GRANTING TESSERA INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL |

Upon consideration of Tessera, Inc.'s ("Tessera") Motion for Administrative Relief to File Documents Under Seal, and the supporting Declaration of Melissa R. McCormick and Stipulation filed therewith, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Tessera's request to file documents under seal and further finds that:

1. The unredacted version of Tessera's Opposition To Defendant Sony Corporation's Motion To Strike Expert Reports of John C. Bravman And Julie L. Davis Or, In The Alternative, To Modify The Case Management Orders, as well as Exhibits 1-3, 7, 9, 22, 27-28, and 31 to the Declaration of Melissa R. McCormick In Support of Tessera's Opposition, cite or quote from a confidential license agreement between Tessera and Sony ("the Agreement") which this Court has previously ordered to be sealed in its totality as "the entirety of [the] license agreement[] contains confidential information." *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41; Docket No. 19, at ¶ 5. The Agreement has been marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41. The portions of the agreement cited in the aforementioned documents contain confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the citations and documents are not sealed. The proposed sealing is narrowly tailored because Tessera seeks to seal only select citations referencing the license agreement at issue in this case. Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially valuable information is to redact the citation to protect against disclosure, and fully seal certain exhibits, no less restrictive means exist to achieve Tessera's overriding interest in the protection of its confidential and commercially valuable information.

2. The unredacted version of Tessera's Opposition, as well as Exhibit 4 to the Declaration of Melissa R. McCormick In Support of Tessera's Opposition, include or reference information and terms contained in an audit report which this Court has previously ordered to be sealed. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41; Docket No. 19, at ¶ 3. The audit report has been marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE

2773778 - 1 - [PROPOSED] ORDER GRANTING TESSERA'S ADMIN. MOT. FOR LEAVE TO FILE DOCUMENTS UNDER SEAL CASE NO. 5:11-CV-04399-EJD (HRL)

1  COUNSEL ONLY" pursuant to this Court's Protective Order.  *See Tessera, Inc. v. Sony Corp.*,
2  Case No. 11-04399-EJD, Docket No. 41.  The portions of the audit report cited in the
3  aforementioned documents contain confidential and commercially sensitive information which
4  overcomes the right of public access to the record.  A substantial probability exists that protection
5  of the commercially sensitive information will be prejudiced if the citations are not sealed.  The
6  proposed sealing is narrowly tailored because Tessera seeks to seal only select citations
7  referencing the audit report at issue in this case.  Because the only way to effectively prevent the
8  deleterious effects of disclosing the confidential, commercially valuable information is to redact
9  the citations to protect against disclosure, no less restrictive means exist to achieve Tessera's
10 overriding interest in the protection of its confidential and commercially valuable information.

11         3. The unredacted version of Tessera's Opposition, as well as Exhibits 5, 6, 10, 25-26 and
12 30 to the Declaration of Melissa R. McCormick In Support of Tessera's Opposition, include or
13 reference confidential communications regarding the parties' confidential license agreement and
14 the audit report mentioned above.  These communications are marked "HIGHLY
15 CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order.
16 *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41 (Stipulated Protective
17 Order).  The portions of the communications cited in the aforementioned documents contain
18 confidential and commercially sensitive information which overcomes the right of public access to
19 the record.  A substantial probability exists that protection of the commercially sensitive
20 information will be prejudiced if the citations are not sealed.  The proposed sealing is narrowly
21 tailored because Tessera seeks to seal only select citations communications and references to those
22 communications.  Because the only way to effectively prevent the deleterious effects of disclosing
23 the confidential, commercially valuable information is to redact the citations to protect against
24 disclosure, no less restrictive means exist to achieve Tessera's overriding interest in the protection
25 of its confidential and commercially valuable information.

26         4. The Clerk shall file under seal the unredacted version of Tessera's Opposition To
27 Defendant Sony Corporation's Motion To Strike Expert Reports Of John C. Bravman And Julie L.
28 Davis Or, In The Alternative, To Modify The Case Management Order.  The Clerk shall file under

1  seal, in their entirety, Exhibits 1-7, 9-10, 22, 25-28, and 30-31 to the Declaration of Melissa R.
2  McCormick In Support of Tessera's Opposition.
3      5. Documents filed under seal shall remain sealed unless and until this Court orders
4  otherwise.
5      IT IS SO ORDERED that Tessera's Administrative Motion for Leave to File Documents
6  Under Seal is GRANTED.

7
8  Dated: this 15 day of February, 2013  _____
   Hon. Edward J. Davila
9  United States District Court Judge

[PROPOSED] ORDER GRANTING TESSERA'S ADMIN.
MOT. FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:11-CV-04399-EJD (HRL)

2773778     - 3 -