IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> [PROPOSED] ORDER GRANTING TESSERA INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL |

1  Upon consideration of Tessera, Inc.'s ("Tessera") Motion for Administrative Relief to File
2  Documents Under Seal, and the supporting Declaration of Benjamin W. Hattenbach, and being
3  otherwise fully informed in this regard, the Court finds there to be compelling reason to grant
4  Tessera's request to file documents under seal and further finds that:

5  1. The unredacted version of Tessera's Motion To Preclude Defendant Sony
6  Corporation ("Sony") From Submitting Rebuttal Reports To Expert Reports Of John C. Bravman
7  And Julie L. Davis, cites or quotes from a confidential license agreement between Tessera and
8  Sony ("the Agreement") which this Court has previously ordered to be sealed in its totality as "the
9  entirety of [the] license agreement[] contains confidential information." *See Tessera, Inc. v. Sony*
10 *Corp.*, Case No. 11-04399-EJD, Docket No. 41; Docket No. 19, at ¶ 5. The Agreement has been
11 marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY"
12 pursuant to this Court's Protective Order. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-
13 EJD, Docket No. 41. The portions of the agreement cited in the aforementioned document contain
14 confidential and commercially sensitive information which overcomes the right of public access to
15 the record. A substantial probability exists that protection of the commercially sensitive
16 information will be prejudiced if the citations and documents are not sealed. The proposed sealing
17 is narrowly tailored because Tessera seeks to seal only select citations referencing the license
18 agreement at issue in this case. Because the only way to effectively prevent the deleterious effects
19 of disclosing the confidential, commercially valuable information is to redact the citation to
20 protect against disclosure, and fully seal certain exhibits, no less restrictive means exist to achieve
21 Tessera's overriding interest in the protection of its confidential and commercially valuable
22 information.

23 2. The Clerk shall file under seal the unredacted version of Tessera's Motion To Preclude
24 Defendant Sony Corporation ("Sony") From Submitting Rebuttal Reports To Expert Reports Of
25 John C. Bravman And Julie L. Davis.

2777005

- 1 -

[PROPOSED] ORDER GRANTING TESSERA'S ADMIN.
MOT. FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:11-CV-04399-EJD (HRL)

3. Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED that Tessera's Administrative Motion for Leave to File Documents Under Seal is GRANTED.

Dated: this 26 day of February, 2013

_____
Hon. Edward J. Davila
United States District Court Judge