# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., A DELAWARE CORPORATION. <br><br> PLAINTIFF, <br><br> vs. <br><br> SONY CORPORATION, A JAPANESE CORPORATION, <br><br> DEFENDANT. | CASE NO: 5:11-CV-04399-EJD <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL <br><br> Judge: Hon. Edward J. Davila <br> Mag. Judge: Hon. Howard R. Lloyd |

Upon consideration of Sony Corporation's ("Sony") Administrative Motion for Leave to File Documents Under Seal, and the supporting Declaration of Ruben J. Rodrigues, filed therewith, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Sony's request to file documents under seal and further finds that:

1. The unredacted version of Defendant Sony Corporation's Opposition to Tessera's Motion to Preclude Defendant Sony Corporation from Submitting Rebuttal Reports to Expert Reports of John C. Bravman and Julie L. Davis (the "Filing") contains references to confidential and commercially sensitive information designated pursuant to the protective order in this case as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" and consist of confidential information

relating to Sony's products.  The Filing accordingly contains confidential and commercially sensitive information which overcomes the right of public access to the record.  A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the redacted portions of the Filing are not sealed.  The proposed sealing is narrowly tailored because Sony seeks only to seal less than 20 full lines of the brief.  Because the only way to effectively prevent the deleterious effects of disclosing the confidential, commercially sensitive information is to seal Sony's Filing, no less restrictive means exist to achieve Sony's and Tessera's overriding interest in the protection of their confidential information.

2. Sony shall file the unredacted version of Sony's Filing under seal.

3. Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED that Sony's Administrative Motion for Leave to File Documents Under Seal is GRANTED.  Any member of the public has the right to challenge the sealing of a particular document subject to this Order.

Dated:  March 5, 2013

_____
Hon. Edward J. Davila
United States District Court Judge