1 | IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
2 | Melissa R. McCormick (180384) (mmccormick@irell.com)
3 | Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
4 | 1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
5 | Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TESSERA, INC., | ) | Case No. 5:11-CV-04399-EJD (HRL) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING TESSERA INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL |
| v. | ) | |
| SONY CORPORATION, | ) | |
| Defendant. | ) | |

1   Upon consideration of Tessera, Inc.'s ("Tessera") Motion for Administrative Relief to File Documents Under Seal, and the supporting Declaration of Melissa R. McCormick, and being otherwise fully informed in this regard, the Court finds there to be compelling reason to grant Tessera's request to file documents under seal and further finds that:

1. The unredacted version of Tessera's Reply Memorandum of Points and Authorities in Support of Motion to Preclude Defendant Sony Corporation from Submitting Rebuttal Reports to Expert Reports of John C. Bravman and Julie L. Davis (the "Reply"), as well as Exhibit 1 thereto, cite and quote from the confidential license agreement between Tessera and Sony ("the Agreement"), which this Court has previously ordered to be sealed in its totality as "the entirety of [the] license agreement[] contains confidential information," as well as from confidential expert reports that address the Agreement. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41; Docket No. 19, at ¶ 5. The Agreement has been marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to this Court's Protective Order. *See Tessera, Inc. v. Sony Corp.*, Case No. 11-04399-EJD, Docket No. 41. The portions to be redacted and sealed contain confidential and commercially sensitive information which overcomes the right of public access to the record. A substantial probability exists that protection of the commercially sensitive information will be prejudiced if the citations and documents are not sealed. The proposed sealing is narrowly tailored because Tessera seeks to seal only select portions of the confidential expert reports. Because the only way to effectively prevent the deleterious effects of disclosing the confidential information is to redact the citation to protect against disclosure, and fully seal certain exhibits, no less restrictive means exist to achieve Tessera's overriding interest in the protection of its confidential and commercially valuable information.

2. The Clerk shall file under seal the unredacted version of Tessera's Reply and the entirety of Exhibit 1.

3. Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

1       IT IS SO ORDERED that Tessera's Administrative Motion for Leave to File Documents
2 Under Seal is GRANTED.

3

4 Dated: this 12 day of March, 2013                   _____
                                              Hon. Edward J. Davila
5                                               United States District Court Judge