IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> **[PROPOSED] ORDER DENYING DEFENDANT SONY CORPORATION'S ADMINISTRATIVE MOTION TO CONTINUE THE MARCH 22, 2013 MOTION HEARINGS AND PRELIMINARY PRETRIAL CONFERENCE** |

1  Upon consideration of Sony Corporation's ("Sony's") Motion to Continue the March 22,
2  2013 Motion Hearings and Preliminary Pretrial Conference Date, and the Opposition thereto of
3  Tessera, Inc. ("Tessera"), and being otherwise fully informed in this regard, the Court finds there
4  to be no compelling reason to grant Sony's request. The Motion Hearings and Preliminary Pretrial
5  Conference Date will occur on March 22, 2013, as previously scheduled.

7  IT IS SO ORDERED that Sony's Motion to Continue the March 22, 2013 Motion
8  Hearings and Preliminary Pretrial Conference Date is DENIED.

10  Dated: this 12 day of March, 2013
11  Hon. Edward J. Davila
12  United States District Court Judge