UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 25 mins (mtns)
5 mins (ptc)

CIVIL MINUTES

Judge: Edward J. Davila  Courtroom Deputy: Elizabeth Garcia
Date: March 22, 2013  Court Reporter: Irene Rodriguez
Case No.: C-11-04399 EJD  Special Master: N/A
Related Case No.: N/A  Interpreter: N/A

CASE TITLE

Tessera, Inc v. Sony Corporation

APPEARANCES

Attorney(s) for Plaintiff(s): Melissa McCormick, Ben Hattenbach
Attorney(s) for Defendant(s): Aaron Moore

PROCEEDINGS

1. Motion to Strike Expert Reports [Doc. 134]
2. Motion for Sanctions by Tessera [Doc. 144]
3. Pretrial Conference

ORDER AFTER HEARING

Hearing held. For the reasons stated on the record, the Court DENIED the Motion to Strike and Motion for Sanctions. The Court to issue further Order following hearing. The Court set the following pretrial and trial dates:

1. Expert Discovery Cutoff April 30, 2013
2. Interim Status Conference re ADR process set for July 26, 2013 at 10:00 AM.
Joint Interim Status Conference statement due July 19, 2013
3. Final Pretrial Conference set for September 27, 2013 at 11:00 AM
Joint Final Pretrial Conference statement due September 13, 2013
4. Jury Selection set for October 28, 2013 at 9:00 AM - 12:00 PM
5. Jury Trial set for
October 29, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
October 30, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
October 31, 2013 at 9:00 AM - 12:00 PM
November 4, 2013 at 9:00 AM - 12:00 PM
November 5, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
November 6, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
November 7, 2013 at 9:00 AM -12:00 PM
6. Jury Deliberations set for November 8, 2013
The Court to issue further Scheduling Order re Jury Trial following hearing.

Elizabeth C Garcia
Courtroom Deputy
Original: **E-Filed**
CC: J Younger