United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TESSERA, INC.,                                    CASE NO. 5:11-04399-EJD

**PRETRIAL ORDER**
                    Plaintiff(s),          **(JURY TRIAL)**

    v.

SONY CORPORATION,

                    Defendant(s).
_____/

The above-entitled action came on for a Preliminary Pretrial Conference on March 22, 2013. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 158) and the discussions held at the conference,

IT IS HEREBY ORDERED that the parties are referred to private ADR. Within 10 days of the date this Order is filed, the parties shall file stipulation and proposed order identifying a private mediator. If the parties are unable to agree, they shall submit a joint letter to the court within the same timeframe with the names of two private mediators - one proposed by Plaintiff and one proposed by Defendant. The court will then issue an order designating the mediator. The deadline for completion of private ADR is 90 days from the date of the order identifying the private mediator.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Designation of Rebuttal Experts with Reports | 4/5/13 |
| Expert Discovery Cutoff | 4/30/13 |

1

CASE NO. 5:11-cv-04399 EJD
PRETRIAL ORDER (JURY TRIAL)

| Interim Status Conference | 10:00 a.m. on 7/26/13 |
|---|---|
| Joint Interim Status Conference Statement *(an update on ADR/settlement efforts)* | 7/19/2013 |
| Final Pretrial Conference | 11:00 a.m. on 9/27/13 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 9/13/13 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 9/17/13 |
| Jury Selection | 9:00 a.m. on 10/28/13 |
| Jury Trial[1] | 10/29-10/30/13 (full days); 10/31/13 (1/2 day a.m.); 11/4/13 (1/2 day a.m.); 11/5-11/6/13 (2 full days); 11/7/13 (1/2 day a.m.) |
| Jury Deliberations | 11/8/13 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated:   March 22, 2013

EDWARD J. DAVILA
United States District Judge

---

[1]      Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2]      A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

CASE NO. 5:11-cv-04399 EJD
PRETRIAL ORDER (JURY TRIAL)