1  IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
2  Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
3  Lisa S. Glasser (223406) (lglasser@irell.com)
4  1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
5  Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
6
*Attorneys for Plaintiff Tessera, Inc.*
7
FOLEY & LARDNER LLP
8  Eileen R. Ridley (151735) (eridley@foley.com)
555 California Street, Suite 1700
9  San Francisco, California 94104-1520
Telephone:  (415) 438-6469
10
Matthew B. Lowrie (*Pro Hac Vice*) (mlowrie@foley.com)
11  Aaron W. Moore (*Pro Hac Vice*) (amoore@foley.com)
111 Huntington Ave, Suite 2600
12  Boston, Massachusetts 02199-7610
Telephone:  (617) 342-4000
13
*Attorneys for Defendant Sony Corporation*
14

15

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

19
TESSERA, INC.,                      )    Case No. 5:11-CV-04399-EJD (HRL)
20                                  )
              Plaintiff,            )    STIPULATION AND [PROPOSED]
21                                  )    ORDER IDENTIFYING PRIVATE
         v.                         )    MEDIATOR
22                                  )
SONY CORPORATION,                   )
23                                  )
              Defendant.            )
24                                  )
                                    )
25                                  )
                                    )
26                                  )

27

28

1

**STIPULATION**

2        Pursuant to the Court's March 22, 2013 Order (D.I. 179), the parties hereby identify Judge

3  Edward Infante as the private mediator for this case.

4        SO STIPULATED.

5                                                          IRELL & MANELLA LLP

6  Dated: April 1, 2013                                   By:___/s/ Melissa R. McCormick_____
                                                               Melissa R. McCormick
7
                                                          Attorneys for Plaintiff Tessera, Inc.
8

9
                                                          FOLEY & LARDNER LLP
10
   Dated: April 1, 2013                                   By:___/s/ Aaron W. Moore_____
11                                                             Aaron W. Moore

12                                                        Attorneys for Defendant Sony Corp.

13        **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

14  perjury that concurrence in the filing of the document has been obtained from its signatory.

15

16
          Dated: April 1, 2013                            Respectfully submitted,
17
                                                          /s/ Melissa R. McCormick_____
18                                                        Melissa R. McCormick

19

20                                      **Proposed Order**

21        In accordance with the parties' stipulation identifying Judge Edward Infante as the private

22  mediator for this action, IT IS HEREBY ORDERED that Judge Edward Infante is appointed as

23  the private mediator for this action.

24

25  Dated: this ___day of _____, 2013               _____

26                                                        Hon. Edward J. Davila
                                                          United States District Judge
27

28

                                                          STIPULATION AND [PROPOSED] ORDER IDENTIFYING
                                                          PRIVATE MEDIATOR
   2796943                        - 1 -                   CASE NO. 5:11-CV-04399-EJD (HRL)