1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Melissa R. McCormick (180384) (mmccormick@irell.com)
   Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
3  Lisa S. Glasser (223406) (lglasser@irell.com)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
6
7  *Attorneys for Plaintiff Tessera, Inc.*

8  FOLEY & LARDNER LLP
   Eileen R. Ridley (151735) (eridley@foley.com)
9  555 California Street, Suite 1700
   San Francisco, California 94104-1520
10 Telephone:  (415) 438-6469

11 Matthew B. Lowrie (*Pro Hac Vice*) (mlowrie@foley.com)
   Aaron W. Moore (*Pro Hac Vice*) (amoore@foley.com)
12 111 Huntington Ave, Suite 2600
   Boston, Massachusetts 02199-7610
13 Telephone:  (617) 342-4000

14 *Attorneys for Defendant Sony Corporation*

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

19

20 TESSERA, INC.,                    )  Case No. 5:11-CV-04399-EJD (HRL)
                                     )
21          Plaintiff,               )  STIPULATION AND [PROPOSED]
                                     )  ORDER IDENTIFYING PRIVATE
22    v.                             )  MEDIATOR
                                     )
23 SONY CORPORATION,                 )
                                     )
24          Defendant.               )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27
28

1  **STIPULATION**

2        Pursuant to the Court's March 22, 2013 Order (D.I. 179), the parties hereby identify Judge

3  Edward Infante as the private mediator for this case.

4        SO STIPULATED.

5                                                 IRELL & MANELLA LLP

6  Dated: April 1, 2013                          By:___/s/ Melissa R. McCormick_____
                                                      Melissa R. McCormick
7
                                                 Attorneys for Plaintiff Tessera, Inc.
8

9
                                                 FOLEY & LARDNER LLP
10
   Dated: April 1, 2013                          By:___/s/ Aaron W. Moore_____
11                                                    Aaron W. Moore

12                                               Attorneys for Defendant Sony Corp.

13        **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

14  perjury that concurrence in the filing of the document has been obtained from its signatory.

15

16

17        Dated: April 1, 2013                   Respectfully submitted,

                                                 /s/ Melissa R. McCormick_____
18                                               Melissa R. McCormick

19

20                                     **~~Proposed~~ Order**

21        In accordance with the parties' stipulation identifying Judge Edward Infante as the private

22  mediator for this action, IT IS HEREBY ORDERED that Judge Edward Infante is appointed as

23  the private mediator for this action.

24

25  Dated: this __2__ day of___April___, 2013    _____

26                                               Hon. Edward J. Davila
                                                 United States District Judge
27

28

STIPULATION AND [PROPOSED] ORDER IDENTIFYING
PRIVATE MEDIATOR
CASE NO. 5:11-CV-04399-EJD (HRL)