IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

FOLEY & LARDNER LLP
Eileen R. Ridley (151735) (eridley@foley.com)
555 California Street, Suite 1700
San Francisco, California 94104-1520
Telephone: (415) 438-6469

Matthew B. Lowrie (*Pro Hac Vice*) (mlowrie@foley.com)
Aaron W. Moore (*Pro Hac Vice*) (amoore@foley.com)
111 Huntington Ave, Suite 2600
Boston, Massachusetts 02199-7610
Telephone: (617) 342-4000

*Attorneys for Defendant Sony Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br>  Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> **STIPULATED REQUEST TO EXTEND APRIL 30, 2013 DEADLINE FOR COMPLETING EXPERT DEPOSITIONS TO MAY 31, 2013; [PROPOSED] ORDER THEREON** |

2801700

STIPULATED REQUEST TO EXTEND DEADLINE FOR
COMPLETING EXPERT DEPOSITIONS; PROPOSED ORDER
CASE NO. 5:11-CV-04399-EJD (HRL)


# STIPULATION

WHEREAS, on March 22, 2013, the Court entered a Pretrial Order setting April 30, 2013 as the expert discovery cutoff date (Dkt. No. 179);

WHEREAS, in accordance with the March 22, 2013 Pretrial Order, the parties served rebuttal expert reports on April 5, 2013;

WHEREAS, the Court's March 22, 2013 Order states that "[t]his schedule will not be amended further absent the presentation of good cause necessitating such an amendment" (Dkt. No. 179);

WHEREAS, Tessera has notified Sony, and hereby notifies the Court, that Tessera's technical expert Dr. John Bravman has a severe medical situation in his family that will prevent Dr. Bravman from having his deposition taken until May 2013;

WHEREAS, Tessera has notified Sony, and hereby notifies the Court, that Tessera's damages expert Julie Davis has prior scheduling commitments that render a deposition in April 2013 very difficult to schedule;

WHEREAS, the next scheduled date set forth in the Court's March 22, 2013 Pretrial Order following the expert discovery cutoff date is the July 19, 2013 deadline for submission of a Joint Interim Status Conference Statement, to be submitted in advance of the July 26, 2013 Interim Status Conference (Dkt. No. 179);

WHEREAS, jury selection is scheduled for October 28, 2013 and the jury trial is scheduled to begin on October 29, 2013 (Dkt. No. 179);

WHEREAS, in light of Dr. Bravman's grave family medical issue and Ms. Davis's scheduling constraints, good cause exists for an extension of the deadline for completing expert depositions; and

WHEREAS, a May 31, 2013 deadline for completing expert depositions will not interfere with or otherwise affect any other date set forth in the Court's March 22, 2013 Pretrial Order (Dkt. No. 179).

THEREFORE, good cause being shown, Tessera and Sony, through their undersigned

counsel of record, hereby request that the deadline for completing expert depositions in this case be extended to May 31, 2013.

SO STIPULATED.

IRELL & MANELLA LLP

Dated: April 11, 2013      By:  /s/ Melissa R. McCormick
                                 Melissa R. McCormick

Attorneys for Plaintiff Tessera, Inc.

FOLEY & LARDNER LLP

Dated: April 11, 2013      By:  /s/ Aaron W. Moore
                                 Aaron W. Moore

Attorneys for Defendant Sony Corp.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 11, 2013       /s/ Melissa R. McCormick
                            Melissa R. McCormick

## **ORDER**

The above stipulated request is hereby GRANTED. The deadline for completing expert depositions in the above-captioned case is extended to May 31, 2013.

**SO ORDERED.**

Dated: this ___ day of _____, 2013

Hon. Edward J. Davila
United States District Judge

2801700 - 2 - STIPULATED REQUEST TO EXTEND DEADLINE FOR COMPLETING EXPERT DEPOSITIONS; PROPOSED ORDER
CASE NO. 5:11-CV-04399-EJD (HRL)