1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Melissa R. McCormick (180384) (mmccormick@irell.com)
   Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
3  Lisa S. Glasser (223406) (lglasser@irell.com)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone:  (310) 277-1010
   Facsimile:  (310) 203-7199
6
   *Attorneys for Plaintiff Tessera, Inc.*
7
   FOLEY & LARDNER LLP
8  Eileen R. Ridley (151735) (eridley@foley.com)
   555 California Street, Suite 1700
9  San Francisco, California 94104-1520
   Telephone:  (415) 438-6469
10
   Matthew B. Lowrie (*Pro Hac Vice*) (mlowrie@foley.com)
11 Aaron W. Moore (*Pro Hac Vice*) (amoore@foley.com)
   111 Huntington Ave, Suite 2600
12 Boston, Massachusetts 02199-7610
   Telephone:  (617) 342-4000
13
   *Attorneys for Defendant Sony Corporation*
14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19
   TESSERA, INC.,                        )  Case No. 5:11-CV-04399-EJD (HRL)
20                                        )
              Plaintiff,                  )  **STIPULATED REQUEST TO**
21                                        )  **EXTEND APRIL 30, 2013 DEADLINE**
         v.                               )  **FOR COMPLETING EXPERT**
22                                        )  **DEPOSITIONS TO MAY 31, 2013;**
   SONY CORPORATION,                      )  **[PROPOSED] ORDER THEREON**
23                                        )
              Defendant.                  )
24                                        )
                                          )
25                                        )
                                          )
26                                        )

27

28

2801700

STIPULATED REQUEST TO EXTEND DEADLINE FOR
COMPLETING EXPERT DEPOSITIONS; PROPOSED ORDER
CASE NO. 5:11-CV-04399-EJD (HRL)

1 **STIPULATION**

2     WHEREAS, on March 22, 2013, the Court entered a Pretrial Order setting April 30, 2013
3 as the expert discovery cutoff date (Dkt. No. 179);

4     WHEREAS, in accordance with the March 22, 2013 Pretrial Order, the parties served
5 rebuttal expert reports on April 5, 2013;

6     WHEREAS, the Court's March 22, 2013 Order states that "[t]his schedule will not be
7 amended further absent the presentation of good cause necessitating such an amendment" (Dkt.
8 No. 179);

9     WHEREAS, Tessera has notified Sony, and hereby notifies the Court, that Tessera's
10 technical expert Dr. John Bravman has a severe medical situation in his family that will prevent
11 Dr. Bravman from having his deposition taken until May 2013;

12     WHEREAS, Tessera has notified Sony, and hereby notifies the Court, that Tessera's
13 damages expert Julie Davis has prior scheduling commitments that render a deposition in April
14 2013 very difficult to schedule;

15     WHEREAS, the next scheduled date set forth in the Court's March 22, 2013 Pretrial Order
16 following the expert discovery cutoff date is the July 19, 2013 deadline for submission of a Joint
17 Interim Status Conference Statement, to be submitted in advance of the July 26, 2013 Interim
18 Status Conference (Dkt. No. 179);

19     WHEREAS, jury selection is scheduled for October 28, 2013 and the jury trial is
20 scheduled to begin on October 29, 2013 (Dkt. No. 179);

21     WHEREAS, in light of Dr. Bravman's grave family medical issue and Ms. Davis's
22 scheduling constraints, good cause exists for an extension of the deadline for completing expert
23 depositions; and

24     WHEREAS, a May 31, 2013 deadline for completing expert depositions will not interfere
25 with or otherwise affect any other date set forth in the Court's March 22, 2013 Pretrial Order (Dkt.
26 No. 179).

27     THEREFORE, good cause being shown, Tessera and Sony, through their undersigned

28

1    counsel of record, hereby request that the deadline for completing expert depositions in this case
2    be extended to May 31, 2013.

3         SO STIPULATED.

                                                                 IRELL & MANELLA LLP

Dated: April 11, 2013                   By:   /s/ Melissa R. McCormick
                                                                Melissa R. McCormick

Attorneys for Plaintiff Tessera, Inc.

FOLEY & LARDNER LLP

Dated: April 11, 2013                   By:   /s/ Aaron W. Moore
                                                                Aaron W. Moore

Attorneys for Defendant Sony Corp.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 11, 2013                             /s/ Melissa R. McCormick
                                                            Melissa R. McCormick

## **ORDER**

The above stipulated request is hereby GRANTED. The deadline for completing expert depositions in the above-captioned case is extended to May 31, 2013.

**SO ORDERED.**

Dated: this 16 day of April, 2013                 _____
                                                                  Hon. Edward J. Davila
                                                                United States District Judge