**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 California Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.434.4484
Facsimile: 415.434.4507
Eileen R. Ridley, CA Bar No. 151735
eridley@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
111 Huntington Ave., Ste. 2600
Boston, Ma 02199-7610
Telephone: 617.342.4000
Facsimile: 617.342.4001
Matthew B. Lowrie *(Pro Hac Vice)*
mlowrie@foley.com
Aaron W. Moore *(Pro Hac Vice)*
amoore@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
321 North Clark St., Ste. 2800
Chicago, Ill. 60654-5313
Telephone: 312.832.4568
Facsimile: 312.832.4700
Ruben J. Rodrigues *(Pro Hac Vice)*
rrodrigues@foley.com

Attorneys for Defendant SONY CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC., a Delaware Corporation. <br><br> Plaintiff <br><br> vs. <br><br> SONY CORPORATION, a Japanese Corporation, <br><br> Defendant. | Case No: 5:11-CV-04399-EJD (HRL) <br><br> **NOTICE OF APPEARANCE OF VICTOR DE GYARFAS** <br><br> **Judge: Hon. Edward J. Davila** |

---

CASE NO.5:11-CV-04399-EJD (HRL)　　　　　　1　　　　　　NOTICE OF APPEARANCE OF VICTOR DE GYARFAS

Pursuant to L.R. 5-1(c)(2), notice is hereby given of the appearance of Mr. Victor de Gyarfas as additional counsel for Defendant and Counterclaim-Plaintiff Sony Corporation in the above-captioned matter. Mr. de Gyarfas's contact information is below:

> Victor de Gyarfas (CAL BAR NO. 171950)
> FOLEY & LARDNER LLP
> 555 South Flower Street
> Suite 3500
> Los Angeles, CA 90071-2411
> Telephone: (213) 972-4613
> Fax: (213) 486-0065
> E-mail: vdegyarfas@foley.com

Please serve copies of all notices and documents issued by the Court and filed by the parties upon Mr. de Gyarfas.

Dated: May 10, 2013           FOLEY & LARDNER LLP

By:   /s/ Victor de Gyarfas
        Victor de Gyarfas

Attorneys For Defendant SONY CORP.

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 10th day of May, 2013, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATE:   May 10, 2013

                                               By:  /s/ Victor de Gyarfas
                                                      Victor de Gyarfas