**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 California Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.434.4484
Facsimile: 415.434.4507
Eileen R. Ridley, CA Bar No. 151735
eridley@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
111 Huntington Ave., Ste. 2600
Boston, Ma 02199-7610
Telephone: 617.342.4000
Facsimile: 617.342.4001
Matthew B. Lowrie *(Pro Hac Vice)*
mlowrie@foley.com
Aaron W. Moore *(Pro Hac Vice)*
amoore@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
321 North Clark St., Ste. 2800
Chicago, Ill. 60654-5313
Telephone: 312.832.4568
Facsimile: 312.832.4700
Ruben J. Rodrigues *(Pro Hac Vice)*
rrodrigues@foley.com

Attorneys for Defendant SONY CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., a Delaware Corporation.<br><br>Plaintiff,<br><br>vs.<br><br>SONY CORPORATION, a Japanese Corporation,<br><br>Defendant. | ) Case No: 5:11-CV-04399-EJD<br>)<br>) **SONY'S OPPOSITION TO TESSERA'S**<br>) **ADMINSITRATIVE MOTION TO STAY**<br>) **BRIEFING ON SONY'S MOTION FOR**<br>) **PARTIAL SUMMARY JUDGMENT**<br>)<br>)  Judge: Hon. Edward S. Davila<br>) Mag. Judge: Hon. Howard R. Lloyd<br>)<br>)<br>) |

# ARGUMENT

Tessera fails to justify a stay or extension of the briefing schedule on Sony's Motion for Partial Summary Judgment (D.I. 189) beyond the dates already provided in the Local Rules. Because Tessera is extensively familiar with the issues addressed in Sony's Motion for Partial Summary Judgment, including those raised for the first time in Tessera's opening and rebuttal expert reports, Tessera's motion should be denied.

## I. Tessera's Motion to Strike Should Be Denied

As set forth in more detail in Sony's Opposition to Tessera's Motion to Strike (D.I. 196.), Tessera's Motion to Strike should be denied.

The Court vacated the original January 11, 2013 summary judgment deadline on January 7, 2013 when it set a *new* schedule for the case, providing for expert discovery to extend well past the original summary judgment deadline. (*See* D.I. 196.)

Sony's summary judgment motion was filed pursuant to Fed. R. Civ. P. 56(c), which states that "[u]nless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." The motion could not have been filed earlier because expert discovery was not complete.

Again, Sony is not "disregarding" the rules, or any Court order, as Tessera maintains. Instead, Sony's summary judgment filing was specifically authorized by the Federal Rules of Civil Procedure. The motion raises legal issues that must be decided in any event prior to the trial of this case, and the resolution of which may facilitate settlement.

Because Tessera's Motion to Strike should be denied, no stay is necessary.

## II. The Current Briefing Schedule Does Not Prejudice Tessera

While Sony's Motion for Partial Summary Judgment is twenty-five pages long and includes a number of exhibits, Tessera is intimately familiar with the issues addressed and the exhibits attached, most of which are deposition exhibits. The current briefing schedule was established by Local Rule 7-3, and provides a full two weeks for Tessera to prepare its opposition.

1

CASE NO.5:11-CV-04399-EJD (HRL)   SONY'S OPP. TO TESSERA'S ADMINISTRATIVE MOTION TO STAY BRIEFING ON SONY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Tessera offers no real explanation as to why additional time is necessary to respond to a single twenty-five-page motion.  The length of Sony's motion is within that contemplated in the Rules, which allow two weeks for oppositions.  Although Tessera briefly cites commentary to Civil L.R. 7-2 concerning "complex motions," Tessera makes no effort to explain why Sony's motion is more complex than the average motion.  Without any further showing, Tessera simply has not justified a departure from the deadlines already provided in the Rules, and Tessera certainly has not justified extending the time by four weeks, which would result in a response time *triple* that provided by the Rules.

Furthermore, while a hearing on Sony's Motion for Partial Summary Judgment is currently scheduled for December 6, 2013, Sony has filed a Motion to Shorten Time to advance the hearing to August 9, 2013, or, in the alternative, July 26, 2013 or any other date the Court may have available prior to trial.  (*See* D.I. 193.)  As explained in Sony's Motion to Shorten Time to advance the hearing date, a hearing on Sony's Motion for Partial Summary Judgment should occur well in advance of trial so as to narrow and simplify the issues for trial.  (*See* D.I. 193.)  Extending the current briefing schedule would narrow the window available to the Court for hearing on Sony's Motion for Partial Summary Judgment and to enter judgment on Sony's Motion well in advance of trial.  Any delays in the briefing schedule that push a hearing and subsequent judgment on Sony's Motion for Partial Summary Judgment closer to the October trial dates would be prejudicial to Sony.

For all these reasons, Tessera's Motion to Stay, or in the alternative extend, the Briefing Schedule on Sony's Motion for Partial Summary Judgment should be denied.

Dated:  July 8, 2013                    FOLEY & LARDNER LLP
                                        Matthew B. Lowrie
                                        Eileen R. Ridley
                                        Aaron W. Moore
                                        Ruben J. Rodrigues


                                        By:      /s/ Aaron W. Moore
                                        Aaron W. Moore

                                        Attorneys For Defendant SONY CORP.

2

CASE NO.5:11-CV-04399-EJD (HRL)          SONY'S OPP. TO TESSERA'S ADMINISTRATIVE
                                         MOTION TO STAY BRIEFING ON SONY'S
                                         MOTION FOR PARTIAL SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2013, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

By: */s/ Ruben J. Rodrigues*
Ruben J. Rodrigues

3

CASE NO.5:11-CV-04399-EJD (HRL)        SONY'S OPP. TO TESSERA'S ADMINISTRATIVE MOTION TO STAY BRIEFING ON SONY'S MOTION FOR PARTIAL SUMMARY JUDGMENT