1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Melissa R. McCormick (180384) (mmccormick@irell.com)
3  Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
   Lisa S. Glasser (223406) (lglasser@irell.com)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
6
   *Attorneys for Plaintiff Tessera, Inc.*
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | TESSERA, INC.,                      ) Case No. 5:11-CV-04399-EJD (HRL)
                                         )
12 |         Plaintiff,                  ) [~~PROPOSED~~] ORDER GRANTING
                                         ) TESSERA, INC.'S ADMINISTRATIVE
13 |    v.                               ) MOTION TO STRIKE SONY
                                         ) CORPORATION'S MOTION FOR
14 | SONY CORPORATION,                   ) PARTIAL SUMMARY JUDGMENT
                                         ) FOR UNTIMELINESS ~~AND~~
15 |         Defendant.                  ) ~~VIOLATION OF COURT ORDERS~~
                                         )
16                                       )
17 |_____)

1     Upon consideration of Tessera, Inc.'s ("Tessera") Administrative Motion to Strike Sony Corporation's ("Sony") Motion for Partial Summary Judgment, and being otherwise fully informed in this regard, the Court finds that Sony's Motion for Partial Summary Judgment was untimely ~~and filed in violation of the Court's orders~~, and therefore GRANTS Tessera's Motion to Strike.

    IT IS SO ORDERED that Sony's Motion for Partial Summary Judgment is stricken. Docket Item Nos. 188, 192, and 193 are TERMINATED AS MOOT.

Dated: this 9th day of July, 2013

    _____
Hon. Edward J. Davila
United States District Court Judge

2787879

- 1 -

[PROPOSED] ORDER GRANTING TESSERA'S MOT. TO STRIKE
CASE NO. 5:11-CV-04399-EJD (HRL)