IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-4399-EJD (HRL) <br><br> [PROPOSED] ORDER REGARDING WITHDRAWAL OF BRIAN D. LEDAHL AS COUNSEL FOR TESSERA, INC. |

2831128

[PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL
CASE NO. 5:11-CV-4399-EJD (HRL)

Having considered the request of Plaintiff Tessera, Inc. to allow Brian D. Ledahl to withdraw as counsel of record for Tessera, Inc. in the above captioned matter,

IT IS HEREBY ORDERED THAT:

(1) Tessera Inc.'s request is GRANTED;

(2) Brian D. Ledahl is relieved as counsel of record for Tessera, Inc. in the above captioned matter; and

(3) Brian D. Ledahl is terminated from electronic notifications in this action.

IT IS SO ORDERED.

Dated: July 9, 2013

Hon. Edward J. Davila
United States District Judge