IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff Tessera, Inc.

FOLEY & LARDNER LLP
Eileen R. Ridley (151735) (eridley@foley.com)
555 California Street, Suite 1700
San Francisco, California 94104-1520
Telephone: (415) 438-6469

Matthew B. Lowrie (*Pro Hac Vice*) (mlowrie@foley.com)
Aaron W. Moore (*Pro Hac Vice*) (amoore@foley.com)
111 Huntington Ave, Suite 2600
Boston, Massachusetts 02199-7610
Telephone: (617) 342-4000

Attorneys for Defendant Sony Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SONY CORPORATION,<br><br>  Defendant. | Case No. 5:11-CV-04399-EJD (HRL)<br><br>**JOINT INTERIM STATUS CONFERENCE STATEMENT**<br><br>Date: July 26, 2013<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 5th Floor |

Pursuant to Civil L.R. 16-10(d) and D.I. 179, plaintiff Tessera, Inc. ("Tessera") and defendant Sony Corporation ("Sony") jointly submit this Joint Interim Status Conference Statement in advance of the Interim Status Conference scheduled for July 26, 2013.

## CASE DEVELOPMENTS

The following progress or changes have occurred since the Joint Preliminary Pretrial Conference Statement was filed on March 12, 2013. D.I. 158.

On March 22, 2013, the Court denied Sony's Motion to Strike and Tessera's Motion for Sanctions, D.I. 178, and set a final case schedule, D.I. 179. Both parties served rebuttal expert reports on April 5, 2013, and took expert depositions between April 5 and May 31, 2013. On July 1, 2013, Sony filed a motion for summary judgment that the Court ordered stricken on July 9, 2013. D.I. 189; D.I. 198.

## UPDATE ON ADR/SETTLEMENT EFFORTS

Pursuant to the Stipulation and Order Identifying Private Mediator entered by the Court on April 2, 2013, D.I. 182, the parties participated in a mediation with Judge Edward Infante on July 1, 2013. The mediation did not produce a settlement.

Respectfully submitted,

**IRELL & MANELLA LLP**

Dated: July 19, 2013          By:   /s/ Melissa R. McCormick
                                    Melissa R. McCormick
                                    Attorneys *for Plaintiff Tessera, Inc.*

**FOLEY AND LARDNER LLP**

Dated: July 19, 2013          By:   /s/ Aaron W. Moore
                                    Aaron W. Moore
                                    Attorneys *for Defendant Sony Corp.*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil L.R. 5-1(i)(3), I, Ian R. Washburn, hereby attest that concurrence in the filing of this Joint Status Conference Statement has been obtained from Aaron W. Moore, counsel for Sony.

Dated: July 19, 2013  By: */s/ Ian R. Washburn*
Ian R. Washburn

## CERTIFICATE OF SERVICE

I hereby certify that on this nineteenth day of July 2013, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated: July 19, 2013  By: */s/ Ian R. Washburn*
Ian R. Washburn