**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM STATUS CONFERENCE; REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 200), the court finds that a status conference is unnecessary at this time. Accordingly, the Interim Status Conference scheduled for July 26, 2013, is VACATED.

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel shall contact Judge Grewal's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: July 23, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04399 EJD
ORDER VACATING INTERIM STATUS CONFERENCE; REFERRING CASE TO MAGISTRATE JUDGE
SETTLEMENT CONFERENCE