IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-cv-04399-EJD (HRL) <br><br> CERTIFICATE OF SERVICE OF SETTLEMENT CONFERENCE PROCEDURES |

2838920

1    I am employed in the County of Los Angeles, State of California.  I am over the age of 18
2    and not a party to the within action.  My business address is 1800 Avenue of the Stars, Suite 900,
3    Los Angeles, California 90067-4276.
4    On July 31, 2013, I served a copy of Judge Paul S. Grewal's Settlement Conference
5    Procedures on each interested party, as follows:

>       Aaron W. Moore
>       Foley & Lardner LLP
>       111 Huntington Avenue
>       Suite 2600
>       Boston, Massachusetts  02199-7610
>       Email: amoore@foley.com

[X]   (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows.  I caused a true copy of the foregoing document to be placed in sealed envelopes or packages designated by the express service carrier, addressed, as set forth above, with fees for overnight delivery paid or provided for.

   [X]   (BOX DEPOSIT)  I caused such envelopes or packages to be deposited in a box or other facility regularly maintained by the express service carrier.

   [ ]   (CARRIER PICK-UP)  I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

[X]   (BY ELECTRONIC MAIL)  I caused the foregoing document to be served electronically by electronically  mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as set forth above, and the transmission was reported as complete and no error was reported.

Executed on July 31, 2013, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Ian Washburn<br>(iwashburn@irell.com) | /s/ Ian Washburn |
|---|---|
| (Type or print name) | (Signature) |

2838920

- 2 -

CERTIFICATE OF SERVICE OF SETTLEMENT CONFERENCE PROCEDURES
CASE NO. 5:11-CV-04399-EJD (HRL)