1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Melissa R. McCormick (180384) (mmccormick@irell.com)
3  Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
   Lisa S. Glasser (223406) (lglasser@irell.com)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
6
   *Attorneys for Plaintiff Tessera, Inc.*
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12 | TESSERA, INC.,                | )  | Case No. 5:11-CV-04399-EJD (HRL)
   |                               | )  |
13 |         Plaintiff,            | )  | **STIPULATION BY PLAINTIFF**
   |                               | )  | **TESSERA, INC. AND DEFENDANT**
14 |    v.                         | )  | **SONY CORPORATION TO FILE**
   |                               | )  | **UNDER SEAL TESSERA'S MOTION**
15 | SONY CORPORATION,             | )  | **FOR SANCTIONS AGAINST**
   |                               | )  | **DEFENDANT SONY CORPORATION**
16 |         Defendant.            | )  | **FOR NON-COMPLIANCE WITH**
   |                               | )  | **DISCOVERY ORDERS AND**
17 |                               | )  | **EXHIBITS TO THE DECLARATION**
   |                               | )  | **OF MELISSA R. MCCORMICK IN**
18 |                               | )  | **SUPPORT THEREOF, PURSUANT**
   |                               |    | **TO LOCAL RULES 79-5 AND 7-11**;
19 |                               |    | ORDER THEREON
20 |                               |    | Judge: Hon. Edward J. Davila
   |                               |    | Magistrate Judge Howard R. Lloyd

---

2839899

## **STIPULATION**

WHEREAS, the Court has previously ordered that the License Agreement between Tessera, Inc. ("Tessera") and Sony Corporation ("Sony") be filed under seal;

WHEREAS, the Court has previously ordered that the confidential audit report of Connor Group be filed under seal;

WHEREAS, the redacted portions of Tessera's Motion for Sanctions Against Defendant Sony Corporation for Non-Compliance with Discovery Orders (the "Motion"), and exhibits thereto, contain quotations from and discussions of the confidential License Agreement and confidential audit report;

WHEREAS, Tessera is lodging with the Clerk an unredacted copy of its Motion, and also a copy of the exhibits it is requesting be sealed;

WHEREAS, Tessera is concurrently filing a Motion for Administrative Relief to File Documents Under Seal Pursuant to Local Rules 79-5 and 7-11 (the "Administrative Motion");

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of the Court, that:

An unredacted version of Tessera's Motion, and exhibits to the Motion that have been excluded from public filing, should be filed under seal, and Tessera's Administrative Motion should be granted.

IRELL & MANELLA LLP

By:  /s/ Melissa R. McCormick
       Melissa R. McCormick

Attorneys for Plaintiff Tessera, Inc.

FOLEY & LARDNER LLP

By:  /s/ Aaron W. Moore
       Aaron W. Moore

Attorneys for Defendant Sony Corp.

1  **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from its signatory.

5  Dated: August 6, 2013  Respectfully submitted,

6  /s/ Melissa R. McCormick
   Melissa R. McCormick

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  Dated: this 7th day of August, 2013

   Hon. Edward J. Davila
   United States District Judge