1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Melissa R. McCormick (180384) (mmccormick@irell.com)
3  Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
   Lisa S. Glasser (223406) (lglasser@irell.com)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
6
   *Attorneys for Plaintiff Tessera, Inc.*
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| TESSERA, INC., | Case No. 5:11-CV-04399-EJD (HRL) |
| Plaintiff, | **STIPULATION BY PLAINTIFF TESSERA, INC. AND DEFENDANT SONY CORPORATION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER** |
| v. | |
| SONY CORPORATION, | |
| Defendant. | Judge: Hon. Edward J. Davila |

## STIPULATION

WHEREAS, Plaintiff Tessera, Inc. ("Tessera") electronically filed its Motion for Sanctions Against Defendant Sony Corporation for Non-Compliance with Discovery Orders (the "Motion");

WHEREAS, this document was inadvertently filed with confidential information unredacted;

WHERAS, Tessera requested that the ECF HelpDesk staff deny public access to this document, and the staff promptly complied;

WHEREAS, Tessera has filed a redacted version of the Motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of the Court, that:

The Court should order the removal of the unredacted version of Tessera's Motion, Docket Number 205, from the docket of this case.

IRELL & MANELLA LLP

By:  /s/ Melissa R. McCormick
         Melissa R. McCormick

Attorneys for Plaintiff Tessera, Inc.

FOLEY & LARDNER LLP

By:  /s/ Aaron W. Moore
         Aaron W. Moore

Attorneys for Defendant Sony Corp.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

1
2      Dated: August 7, 2013                    Respectfully submitted,
3                                                 /s/ Melissa R. McCormick
                                                 Melissa R. McCormick
4
       PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6
7      Dated: this 7th day of    August    , 2013
                                                 Hon. Edward J. Davila
8                                                United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28