**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399 EJD |
| Plaintiff(s), | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |
| v. | |
| SONY CORPORATION, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-1, Plaintiff Tessera, Inc.'s Motion for Sanctions (Docket Item No. 207) as well as the Motion to Shorten Time (Docket Item No. 206) are hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution. Plaintiff shall re-notice the Motion accordingly.

**IT IS SO ORDERED.**

Dated: August 7, 2013

EDWARD J. DAVILA
United States District Judge