UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: August 7, 2013      Time in Court: 5 hours and 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: Not Reported

**TITLE: Tessera, Inc. v. Sony Corporation**
**CASE NUMBER**: CV11-04399 EJD
Plaintiff Attorney(s) present: Ben Hattenbach. Also present: Sriranga Veeraraghavan, Jim MacDonald and Bruce Sanderson
Defendant Attorney(s) present: Matt Lowrie. Also present: Peter Toto.

**PROCEEDINGS:**
**Settlement Conference**

Settlement conference held.
Further settlement discussions will be scheduled.
No later than 8/15/2013 at 5:00 p.m., the parties are to submit confidential letters no longer than 5 pages as described during today's conference.
Without delay, the parties are each to contact Judge Grewal's Courtroom Deputy Oscar Rivera at 408-535-5378 to schedule a private follow-up call either on 8/16 or 8/17.

///