IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Melissa R. McCormick (180384) (mmccormick@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Lisa S. Glasser (223406) (lglasser@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, <br><br> Defendant. | Case No. 5:11-CV-04399-EJD (HRL) <br><br> **PLAINTIFF TESSERA, INC.'S RE-NOTICE OF MOTION FOR SANCTIONS AGAINST DEFENDANT SONY CORPORATION FOR NON-COMPLIANCE WITH DISCOVERY ORDERS** <br><br> Date: September 17, 2013 <br> Time: 10:00 a.m. <br> Ctrm: Courtroom 2, Fifth Floor <br> Judge: Hon. Howard R. Lloyd |

## RE-NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 17, 2013 at 10:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Howard R. Lloyd in Courtroom 2 on the 5th Floor of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, California, 95113, Plaintiff Tessera, Inc. ("Tessera") will and hereby does move pursuant to Federal Rule of Civil Procedure 37(b)(2) for sanctions against Defendant Sony Corporation ("Sony") prohibiting evidence and testimony from Jean-Paul Clech and Kenneth Serwin based on information Sony improperly withheld from discovery in violation of the Court's discovery orders, all related underlying documents and information about which Clech and Serwin testified, and for expenses. The basis for the Motion is that Sony was ordered to produce documents and information during fact discovery, Sony did not do so, and Sony then provided the ordered documents and information to its expert witnesses Clech and Serwin. Clech should also be prohibited from testifying because Sony improperly instructed him not to answer more than fifty proper deposition questions.

Tessera's Motion is based on this Re-Notice of Motion and Motion, its previously filed Memorandum of Points and Authorities (Dkt. 207[1]) and Declaration of Melissa R. McCormick (Dkt. 205-1), all exhibits and other papers on file in this matter, such other evidence and argument as may be presented at or before the hearing on this Motion, and all matters of which the Court may take judicial notice. Tessera is filing and serving this Re-Notice of Motion and Motion at the direction of the Court. *See* Dkt. 211 (08/07/13 Order Referring Matter to Magistrate Judge).

Dated: August 8, 2013

Respectfully submitted,
IRELL & MANELLA LLP
By: /s/ Melissa R. McCormick
Melissa R. McCormick
Attorneys for Plaintiff Tessera, Inc.

---

[1] Per instruction from the Court's ECF HelpDesk, this Re-Notice will be linked in ECF to Dkt. 205; per the Court's Aug. 7, 2013 Order (Dkt. 210), Dkt. 205 has been replaced by Dkt. 207.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On August 8, 2013, I served the foregoing document described PLAINTIFF TESSERA, INC.'S RE-NOTICE OF MOTION FOR SANCTIONS AGAINST DEFENDANT SONY CORPORATION FOR NON-COMPLIANCE WITH DISCOVERY ORDERS on each interested party, as follows:

I filed a copy electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Executed on August 8, 2013, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Ian Washburn | |
|---|---|
| (iwashburn@irell.com) | /s/ Ian Washburn |
| (Type or print name) | (Signature) |

2708235