# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

# Civil Minute Order

Date: August 16, 2013                                        Time: 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: Not Reported

**TITLE: Tessera, Inc. v. Sony Corporation**
**CASE NUMBER**: **CV11-04399 EJD**
Plaintiff Attorney(s) present: Ben Hattenbach

**PROCEEDINGS:**
**Further Settlement Conference–Tessera, Inc. (Telephonic)**

Further settlement discussions to be scheduled.

///