# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Magistrate Judge Paul S. Grewal

## Civil Minute Order

Date: August 17, 2013                                                                 Time: 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: Not Reported

**TITLE: Tessera, Inc. v. Sony Corporation**
**CASE NUMBER**: **CV11-04399 EJD**
Defendant Attorney(s) present: Matt Lowrie

### PROCEEDINGS:
### Further Settlement Conference–Sony Corporation (Telephonic)

Further settlement discussions to be scheduled.

///