IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 5:11-cv-04399 EJD |
| Plaintiff(s), | **THIRD ORDER RE: MOTIONS IN LIMINE** |
| v. | |
| SONY CORPORATION, | [Docket Item No(s). 382, 385] |
| Defendant(s). | |

On October 22, 2013, the parties appeared before Judge Edward J. Davila for a continued pretrial conference. Based on the discussions held at the conference, the court modifies certain rulings on motions in limine as follows:

1. Plaintiff's motion to exclude testimony from witnesses Defendant did not disclose or agreed not to call (Docket Item No. 271), previously granted in part and denied in part, is now GRANTED as to Richard Hill, John Flock, Peter Toto and Shinji Ina.

2. Defendant's motion to exclude the testimony of Chris Pickett (Docket Item No. 258), previously denied, is now GRANTED in light of Plaintiff's representation that it will not call Pickett as a witness during the trial.

**IT IS SO ORDERED.**

Dated: October 22, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-04399 EJD
THIRD ORDER RE: MOTIONS IN LIMINE